**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Council of Unit Owners of the 100 Harborview Drive Condominium** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  The HarborView Towers** <br> **The HarborView Towers Council of Unit Owners** <br> **100 HarborView Drive Council of Unit Owners** <br> **100 HarborView Drive Condominium Association** <br> **100 Harborview Drive Condominium** <br> **100 Harborview Drive Condominium Council of Unit Owners** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **52-1860984** |

4. **Debtor's address**

**Principal place of business**

**100 Harborview Drive**
**Baltimore, MD 21230**
Number, Street, City, State & ZIP Code

**Baltimore City**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)   **www.theharborviewtowers.com**

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

■ Other. Specify:   **Condominium Association**

Debtor **Council of Unit Owners of the 100 Harborview Drive Condominium**
_____
Name

Case number (*if known*) _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as described in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.

   _____

---

**8.  Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship to you | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

Debtor    **Council of Unit Owners of the 100 Harborview Drive Condominium**                          Case number (*if known*) _____

Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive | Case number (*if known*) | |
| | Condominium | | |
| | Name | | |

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 9, 2016**
MM / DD / YYYY

**X** **/s/ Dr. Reuben Mezrich**                                    **Dr. Reuben Mezrich**
Signature of authorized representative of debtor            Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Paul Sweeney**                                    Date **March 9, 2016**
Signature of attorney for debtor                            MM / DD / YYYY

**Paul Sweeney**
Printed name

**Yumkas, Vidmar, Sweeney & Mulrenin, LLC**
Firm name

**10211 Wincopin Circle, Suite 500**
**Columbia, MD 21044**
Number, Street, City, State & ZIP Code

Contact phone    **(443) 569-5972**        Email address    **psweeney@yvslaw.com**

**07072**
Bar number and State

**RESOLUTION OF THE
BOARD OF DIRECTORS OF
THE COUNCIL OF UNIT OWNERS OF THE
100 HARBORVIEW DRIVE CONDOMINIUM**

A meeting of the board of directors of the Council of Unit Owners of the 100 Harborview Drive Condominium (the "Council") having been held on the 23rd day of February 2016. The meeting was called by Dr. Reuben Mezrich, president of the Council, to discuss the financial condition of the Council and consider the filing of a Chapter 11 bankruptcy petition. After discussion, the Council unanimously approved the filing of a petition under Chapter 11 of the United States Bankruptcy Code. It was therefore Resolved as follows:

> Whereas, it is in the best interest of the Council to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

> Be It Therefore Resolved, that Dr. Mezrich is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Council;

> Be It Further Resolved, that Dr. Mezrich is authorized and directed to appear in all bankruptcy proceedings on behalf of the Council, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

> Be It Further Resolved, that Dr. Mezrich is authorized and directed to employ Paul Sweeney and the law firm of Yumkas, Vidmar, Sweeney & Mulrenin, LLC to represent the Council in such bankruptcy case and to have Robert Cunningham and the law firm of Rees Broome PC as special counsel.

I hereby declare under penalty of perjury that I am president of the Council of Unit Owners of the 100 Harborview Drive Condominium and that the foregoing is true and correct.

Dated: _____ March 9 , 2016 _____

_____
Reuben Mezrich, President
Council of Unit Owners of the
100 Harborview Drive Condominium

4835-4929-9502, v. 2

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Council of Unit Owners of the 100 Harborview Drive Condominium** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Constantine Commercial Construction Inc. Attention: Diana Parsons, CFO 9494 Deereco Road Timonium, MD 21093 | | trade debt | | | | $203,516.00 |
| BGE P .O. Box 13070 Philadelphia, PA 19181 | | trade debt | | | | $93,163.56 |
| City of Baltimore Department of Finance Bureau of Revenue Collections 200 Holliday Street Baltimore, MD 21202 | | water bill | | | | $63,604.20 |
| C.A. Lindman, Inc. 10401 Guilford Road Jessup, MD 20794 | | trade debt | | | | $40,000.02 |
| Profiles, Inc. 3000 Chestnut Avenue, Suite 201 Baltimore, MD 21211 | | trade debt | | | | $27,368.20 |
| Direct Energy Business P.O. Box 11836 Newark, NJ 07101-8135 | | trade debt | | | | $25,913.13 |
| Corporate Cleaning Solutions P. O. Box 966 Clinton, MD 20735 | | trade debt | | | | $22,213.36 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **Council of Unit Owners of the 100 Harborview Drive Condominium**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Extra Clean Inc. 11777 Parklanwn Drive, Suite 100 Rockville, MD 20852 | | trade debt | | | | $21,785.12 |
| L&L Rail & Fence, Inc. 40 New Plant Court, Suite B Owings Mills, MD 21117 | | trade debt | | | | $20,475.00 |
| SI Restoration, Inc. 2312 Eskow Avenue Halethorpe, MD 21227 | | trade debt | | | | $17,728.52 |
| DRD Pool Management 16 Stenersen Lane, Suite 4A Hunt Valley, MD 21030 | | trade debt | | | | $16,931.22 |
| Design Collective, Inc. 601 East Pratt Street, Suite 300 Baltimore, MD 21202 | | trade debt | | | | $11,488.76 |
| Thyssenkrupp Elevator Corp. P. O. Box 933004 Atlanta, GA 31193-3004 | | trade debt | | | | $11,425.08 |
| Palmer Brothers c/o Monument Bank Attention: Lockbox Processing 8602 Colesville Road Silver Spring, MD 20910 | | trade debt | | | | $11,060.00 |
| Coleman Consulting 205 South Tyrone Road Baltimore, MD 21212 | | trade debt | | | | $10,480.85 |
| Charm City Networks, LLC 1414 Key Highway Baltimore, MD 21230 | | trade debt | | | | $6,634.56 |
| BuildingLink.Com, LLC 85 Fifth Avenue, 3rd Floor New York, NY 10003 | | trade debt | | | | $5,976.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **Council of Unit Owners of the 100 Harborview Drive Condominium**

Case number *(if known)*

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Simpson of Maryland, Inc. 7476 Candlewood Road Hanover, MD 21076** | | **trade debt** | | | | **$5,256.92** |
| **Cummins Power Systems, LLC P. O. Box 786567 Philadelphia, PA 19178-6567** | | **trade debt** | | | | **$5,028.32** |
| **Response TECH, Inc. 11821 Parklawn Drive, Suite 304 Rockville, MD 20852** | | **trade debt** | | | | **$4,440.21** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Maryland

In re    __Council of Unit Owners of the 100 Harborview Drive Condominium__      Case No. _____

                                                          Debtor(s)            Chapter    __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the Condominium Association named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __March 9, 2016__ _____           __/s/ Dr. Reuben Mezrich__ _____

                                                        __Dr. Reuben Mezrich__/President
                                                         Signer/Title

```
100 HarborView Dr RR
100 HarborView Oper Reserve
c/o Barkan Management Company
24 Farnsworth Street
Boston, MA 02210


A Supreme Heating & Air Conditioning Co.
152-B Blades Lane
Glen Burnie, MD 21060


Abdul Qaiyum Khan
100 Harborview Drive, Unit 413
Baltimore, MD 21230


Accurate Termite & Pest Control, Inc.
8000 Philadelphia Road
Rosedale, MD 21237


Accurate Test and Balance LLC
9105 Hampton Overlook
Capitol Heights, MD 20743


ACE Environmental Services, LLC
3512 Fairfield Road
Baltimore, MD 21226


Achint Kaur / Sumeet Singh
100 Harborview Drive, Unit 301
Baltimore, MD 21230


Adaptive Leadership Strategies
20068 Inverness Square
Ashburn, VA 20147
```

Adele Weinberg
100 Harborview Drive, Unit 2302
Baltimore, MD 21230


Advance Business Systems
P. O. Box 759319
Baltimore, MD 21275-9319


Aireco Supply Inc.
P. O. Box 414
Savage, MD 20763-0414


Alan Gamse / Barbara Gamse
100 Harborview Drive, Penthouse 1C
Baltimore, MD 21230


Alan Partin/Vicky Partin/Topper Partin
100 Harborview Drive, Unit 1809
Baltimore, MD 21230


Allison Mandelberg / Steven Mandelberg
100 Harborview Drive, Unit 1106
Baltimore, MD 21230


Allison, Sarah and John Herring
100 Harborview Drive, Unit 612
Baltimore, MD 21230


American Pool
9305 Gerwig Lane
Columbia, MD 21046


American Solar Tinting
5917 Liberty Road
Baltimore, MD 21207

Amy Abdallah / Stephen Charbonneau
100 Harborview Drive, Unit 406
Baltimore, MD 21230


Andrew Georgelakos / Jeanne Georgelakos
100 Harborview Drive, Unit 1702
Baltimore, MD 21230


Angel Gonzalez Ghersi / Martin Manescu
100 Harborview Drive, Unit 614
Baltimore, MD 21230


Ann Coppola / Michael Coppola
100 Harborview Drive, Unit 1508
Baltimore, MD 21230


Anna Ariss, Dr. Michelle Ariss and
Dr. Steven Ariss
100 Harborview Drive, Unit 610
Baltimore, MD 21230


Anne Grigg / Joseph Grigg
100 Harborview Drive, Unit 1607
Baltimore, MD 21230


Anthony Culotta / Joseph Culotta
100 Harborview Drive, Units 913 and 1303
Baltimore, MD 21230


Antonios/Dimitrios/Emanuel Aikaterinidis
100 Harborview Drive, Unit 414
Baltimore, MD 21230


Antwerpen / 1301 LLC
100 Harborview Drive, Unit 1301
Baltimore, MD 21230

Anwar Khan / Najma Khan
100 Harborview Drive, Unit 805
Baltimore, MD 21230


ARC Water Treatment Company of Maryland
P. O. Box 248
Annapolis Junction, MD 20701-0248


Ariana and Farhad Ghom/Patrick Greenwell
100 Harborview Drive, Unit 1210
Baltimore, MD 21230


Ashul Govil / Angeli Govil
100 Harborview Drive, Unit 807
Baltimore, MD 21230


AtHomeNet
400 South Colorado Boulevard, Suite 790
Denver, CO 80246


Atwood Collins / Cynthia Collins
100 Harborview Drive, Units 901 and 902
Baltimore, MD 21230


Ayse Gokaslan / Ziya Gokaslan
100 Harborview Drive, Unit 2201
Baltimore, MD 21230


Barbara Balcerak
100 Harborview Drive, Unit 1111
Baltimore, MD 21230


Barbara, William and John Kostis
100 Harborview Drive, Unit 1206
Baltimore, MD 21230

Barkan Management Company
24 Farnsworth Street
Boston, MA 02210


Barkan Management, LLC
8229 Boone Boulevard, Suite 760
Tysons Corner, VA 22182


Battery Warehouse
1430 Progress Way, Suite 121
Eldersburg, MD 21784


Benjamin Menges
100 Harborview Drive, Unit 914
Baltimore, MD 21230


Betsy, Christopher and Jeffrey Caine
100 Harborview Drive, Unit 1110
Baltimore, MD 21230


BGE
P. O. Box 13070
Philadelphia, PA 19181


BGE
P .O. Box 13070
Philadelphia, PA 19181


BGE Legal Department
2 Center Plaza, 15th Floor
110 West Fayette Street
Baltimore, MD 21201


Bill Hopkins / Vikki Hopkins
100 Harborview Drive, Unit 2010
Baltimore, MD 21230

Binh Thai
100 Harborview Drive, Unit 1107
Baltimore, MD 21230


Bob Balcerzak / Barbara Balcerzak
100 Harborview Drive, Unit 1111
Baltimore, MD 21230


Brenda Benton
100 Harborview Drive, Unit 605
Baltimore, MD 21230


Brenda Benton / Daniel Hudspeth
100 Harborview Drive, Unit 711
Baltimore, MD 21230


Brian C. Rosenberg, Esquire
Offit Kurman, P.A.
8171 Maple Lawn Boulevard, Suite 200
Maple Lawn, MD 20759


Brilliant Associates
100 Harborview Drive, Unit 1109
Baltimore, MD 21230


Brilliant Associates, Oscar Brilliant
and Riki Spector
100 Harborview Drive, Unit 2003
Baltimore, MD 21230


Brooks Leahy / Susan Leahy
100 Harborview Drive, Unit 2110
Baltimore, MD 21230


Bruce Fink / Lisa Fink
100 Harborview Drive, Unit 707
Baltimore, MD 21230

BuildingLink.Com, LLC
85 Fifth Avenue, 3rd Floor
New York, NY 10003


C.A. Lindman, Inc.
10401 Guilford Road
Jessup, MD 20794


CAI National
6402 Arlington Boulevard, Suite 500
Falls Church, VA 22042


CAMICB
c/o SunTrust Bank
P. O. Box 791037
Baltimore, MD 21279-1037


Capitol Boiler Work Inc.
7921 Woodruff Court
Springfield, VA 22151


Caplan Bros Inc.
700 West Hamburg Street
Baltimore, MD 21230


Carol Williams / John Williams
100 Harborview Drive, Unit 1704
Baltimore, MD 21230


Caroline Leibman
100 Harborview Drive, Unit 1701
Baltimore, MD 21230


Carolyn Jones
100 Harborview Drive, Unit 1703
Baltimore, MD 21230

Catherine Cotter
100 Harborview Drive, Units 207 and 309
Baltimore, MD 21230


Catherine Lee
100 Harborview Drive, Unit 710
Baltimore, MD 21230


Catons Plumbing
5672 Collections Center Drive
Chicago, IL 60693


Cecelia Brown
100 Harborview Drive, Unit 210
Baltimore, MD 21230


CER Properties, LLC
100 Harborview Drive, Unit 1203
Baltimore, MD 21230


Chad Chilcot / Brooke Davidson
100 Harborview Drive, Unit 407
Baltimore, MD 21230


Charles Neustadt / Sally Neustadt
100 Harborview Drive, Unit 2210
Baltimore, MD 21230


Charles, Gina and Greg Carrick
100 Harborview Drive, Unit 2208
Baltimore, MD 21230


Charm City Networks, LLC
1414 Key Highway
Baltimore, MD 21230

Cheryl Adkins / Edward Adkins
100 Harborview Drive, Unit 2301
Baltimore, MD 21230


Chetan Mehta
100 Harborview Drive, Unit 1114
Baltimore, MD 21230


Chris Logsdon
100 Harborview Drive, Unit 806
Baltimore, MD 21230


Chris Logsdon / Janice Logsdon
100 Harborview Drive, Unit 804
Baltimore, MD 21230


Chuck Georgo
100 Harborview Drive, Unit 1204
Baltimore, MD 21230


Chutes International
33 Industrial Park Drive
Waldorf, MD 20602-2708


Cindy Byrne/Hannah Byrne/Sam Shuman
100 Harborview Drive, Unit 1804
Baltimore, MD 21230


Cintas Corporation
P. O. Box 740855
Cincinnati, OH 45274-0855


City of Baltimore Department of Finance
Bureau of Revenue Collections
200 Holliday Street
Baltimore, MD 21202

Coldwell Banker
10751 Falls Road, Suite 265
Lutherville, MD 21093


Coleman Consulting
205 South Tyrone Road
Baltimore, MD 21212


Colette Steinmeier / James Steinmeier
100 Harborview Drive, Unit 602
Baltimore, MD 21230


Comcast
P. O. Box 3005
Southeastern, PA 19398-3005


Comcast Cable Area 1
P. O. Box 3006
Southeastern, PA 19398-3006


Comcast Cable Communications, LLC
Attention: Law Department-Bankruptcy
One Comcast Center
Philadelphia, PA 19103-2838


Complete Carpet Care
3262 Guilford Drive
Waldorf, MD 20602


Conrad Buedel
100 Harborview Drive, Unit 1313
Baltimore, MD 21230


Constantine Commercial Construction Inc.
Attention: Diana Parsons, CFO
9494 Deereco Road
Timonium, MD 21093

Copy Cat Printing
2229 North Charles Street
Baltimore, MD 21218


Corporate Cleaning Solutions
P. O. Box 966
Clinton, MD 20735


Craig Landauer / Sherri Landauer
100 Harborview Drive, Unit 1407
Baltimore, MD 21230


Cummins Power Systems, LLC
P. O. Box 786567
Philadelphia, PA 19178-6567


Cynthia Tung / Su-Hsin Tung
100 Harborview Drive, Unit 706
Baltimore, MD 21230


Dale Brougher / Nancy Brougher
100 Harborview Drive, Unit 1501
Baltimore, MD 21230


Dana Roque
100 Harborview Drive, Unit 2207
Baltimore, MD 21230


David Sumner / Natasha Sumner
100 Harborview Drive, Unit 1810
Baltimore, MD 21230


Deborah Mason
100 Harborview Drive, Management Office
Baltimore, MD 21230

Debra Fusco / Ralph Fusco
100 Harborview Drive, Unit 305
Baltimore, MD 21230


Dee Alipanah
100 Harborview Drive, Unit 310
Baltimore, MD 21230


Design Collective, Inc.
601 East Pratt Street, Suite 300
Baltimore, MD 21202


Direct Energy Business
P.O. Box 11836
Newark, NJ 07101-8135


Direct Solutions LLC
619 Alluvion Street
Baltimore, MD 21230


Donna DeLorenzo / Michael DeLorenzo
100 Harborview Drive, Unit 1101
Baltimore, MD 21230


Dorma USA, Inc.
P. O. Box 6312
Carol Stream, IL 60197-6399


Dorothy Winegrad
100 Harborview Drive, Unit 1601
Baltimore, MD 21230


Doug Hewitt / Teena Murray
100 Harborview Drive, Unit 606
Baltimore, MD 21230

Dr. Alan Goldberg / Helene Goldberg
100 Harborview Drive, Unit 1802
Baltimore, MD 21230


Dr. Alvin Alexander/Dr. Janet Alexander
100 Harborview Drive, Unit 813
Baltimore, MD 21230


Dr. Behnam Manesh
100 Harborview Drive, Unit 1903
Baltimore, MD 21230


Dr. Bob Knodell / Joyce Knodell
100 Harborview Drive, Units 809 and 1410
Baltimore, MD 21230


Dr. David Bonebreak
100 Harborview Drive, Unit 1309
Baltimore, MD 21230


Dr. David G. Rorison
100 Harborview Drive, Unit 2007
Baltimore, MD 21230


Dr. David Paige
100 Harborview Drive, Unit 1214
Baltimore, MD 21230


Dr. David Rorison
100 Harborview Drive, Unit 1207
Baltimore, MD 21230


Dr. Deepak Baskaran
100 Harborview Drive, Unit 908
Baltimore, MD 21230

Dr. Emilio Ramos / Jane Ramos
100 Harborview Drive, Unit 1302
Baltimore, MD 21230


Dr. Erica Breslau
100 Harborview Drive, Unit 201
Baltimore, MD 21230


Dr. Gamal Elsaeed / Manall Mohie-Eldin
100 Harborview Drive, Unit 1205
Baltimore, MD 21230


Dr. Harmindar Gill / Dr. Saurabh Patel
100 Harborview Drive, Unit 404
Baltimore, MD 21230


Dr. Harry Choi / Sun Choi
100 Harborview Drive, Unit 2107
Baltimore, MD 21230


Dr. Hien Nguyen
100 Harborview Drive, Unit 403
Baltimore, MD 21230


Dr. Ira Berman / Kathryn Berman
100 Harborview Drive, Unit 514
Baltimore, MD 21230


Dr. J. Laurance Hill / Charlotte Hill
100 Harborview Drive, Penthouse 4B
Baltimore, MD 21230


Dr. Janan Broadbent
100 Harborview Drive, Unit 703
Baltimore, MD 21230

Dr. Khaled Kebaish / Floreana Kebaish
100 Harborview Drive, Penthouse 2D
Baltimore, MD 21230


Dr. Monte Hetland / Steve Toporoff
100 Harborview Drive, Unit 2104
Baltimore, MD 21230


Dr. Pedro Jose
100 Harborview Drive, Unit 2008
Baltimore, MD 21230


Dr. Reuben Mezrich / Molli Mezrich
100 Harborview Drive
Unit 2204 and Penthouse 2A
Baltimore, MD 21230


Dr. Richard Levin
100 Harborview Drive, Unit 1112
Baltimore, MD 21230


Dr. Robert Martin
100 Harborview Drive, Unit 1314
Baltimore, MD 21230


Dr. Samuel Alaish / Dr. Laura Fayad
100 Harborview Drive, Unit 1909
Baltimore, MD 21230


Dr. Sharon Krumm
100 Harborview Drive, Unit 314
Baltimore, MD 21230


Dr. William Phillips
100 Harborview Drive, Unit 306
Baltimore, MD 21230

Drafting Arts, LLC
7000 Gittings Court
Mechanicsville, VA 23111


DRD Pool Management
16 Stenersen Lane, Suite 4A
Hunt Valley, MD 21030


Edward Adkins / Cheryl Adkins
100 Harborview Drive, Unit 1503
Baltimore, MD 21230


Eileen Carpenter
100 Harborview Drive, Unit 307
Baltimore, MD 21230


Eileen Cohen / Jeff Cohen
100 Harborview Drive, Unit 1108
Baltimore, MD 21230


Elijah Kelley / Ticola Spruill
100 Harborview Drive, Unit 405
Baltimore, MD 21230


Elizabeth Rudd
100 Harborview Drive, Unit 2304
Baltimore, MD 21230


Elliott Stein / Marsha Stein
100 Harborview Drive, Unit 1502
Baltimore, MD 21230


Energy Management Systems
P. O. Box 646
Exton, PA 19341

Equity Communications
210 Fourth Avenue SE
Glen Burnie, MD 21061


Eric Levin / Laurie Mazzotta
100 Harborview Drive, Unit 1007
Baltimore, MD 21230


Extra Clean Inc.
11777 Parklanwn Drive, Suite 100
Rockville, MD 20852


Federal Express Corp.
P. O. Box 371461
Pittsburgh, PA 15250-7461


Ferguson Enterprises Inc. #1300
P. O. Box 417592
Boston, MA 02241-7592


Fidelity LLC / Dr. David Paige
100 Harborview Drive, Units 1003 & 1004
Baltimore, MD 21230


Focus Telecommunications, Inc.
P. O. Box 822640
Philadelphia, PA 19182-2640


Francis Callahan, Janet Callahan,
Jeanne Neifert and Scott Neifert
100 Harborview Drive, Unit 2108
Baltimore, MD 21230


Frank Costanzi / Jane Costanzi
100 Harborview Drive, Units 1010 & 1213
Baltimore, MD 21230

Frank Suraci / Rachel Suraci
100 Harborview Drive, Unit 803
Baltimore, MD 21230


Frank Traglia / Loretta Traglia
100 Harborview Drive, Unit 701
Baltimore, MD 21230


Furniture Solutions Group, Inc.
619 Severn Avenue, Suite 302
Annapolis, MD 21403


Geller Lighting Supply Co., Inc.
3720 Commerce Drive
Baltimore, MD 21227


Gernot Hucek / Mary Hucek
100 Harborview Drive, Unit 505
Baltimore, MD 21230


Grainger
Dept. 811330190
Palatine, IL 60038-0001


Gretchen McKenzie / Thomas McKenzie
100 Harborview Drive, Unit 1201
Baltimore, MD 21230


Guy Flynn / Nupur Flynn
100 Harborview Drive
Unit 2101, Penthouse 3A & 3B
Baltimore, MD 21230


Harborview Limited Partnership
100 Harborview Drive
Baltimore, MD 21230

Harborview Marina and Yacht Club
Community Association, Inc.
Attention: Frank C. Wise
500 Harborview Drive, Third Floor
Baltimore, MD 21230


Havtach Parts Division
P. O. Box 37031
Baltimore, MD 21297


HD Supply Facilities Maintenance, Ltd.
P. O. Box 509058
San Diego, CA 92150


Heiner Sander
100 Harborview Drive, Unit 408
Baltimore, MD 21230


Henry Miller / Darlene Miller
100 Harborview Drive, Unit 1603
Baltimore, MD 21230


Home Depot Credit
P. O. Box 9055
Des Moines, IA 50368-9055


Homeretta Ayala / Boz Ayala
100 Harborview Drive, Unit 208
Baltimore, MD 21230


Howard Bank
6011 University Boulevard, Suite 370
Ellicott City, MD 21043


Howard Castleman / Marcia Castleman
100 Harborview Drive, Penthouse 1B
Baltimore, MD 21230

Howard Wilner / Karen Wilner
100 Harborview Drive, Unit 507
Baltimore, MD 21230


HV 2009, LLC
100 Harborview Drive, Unit 2009
Baltimore, MD 21230


HV 814, LLC
100 Harborview Drive, Unit 814
Baltimore, MD 21230


HV Unit A, LLC
100 Harborview Drive
Units 202, 302, 502, 1202, 1709, 1801
Baltimore, MD 21230


Ilene O'Connell / Paul O'Connell
100 Harborview Drive, Unit 1304
Baltimore, MD 21230


In The Swim
7436 Solution Center
Chicago, IL 60677-7004


Inter Sign National
1123 East Baltimore Street
Baltimore, MD 21203


Jacob Davis / Mary Davis
100 Harborview Drive, Unit 1403
Baltimore, MD 21230


James Ruland / Josephine Vesey
100 Harborview Drive, Unit 1907
Baltimore, MD 21230

James Scanlon
100 Harborview Drive, Unit 412
Baltimore, MD 21230


James Shapiro
100 Harborview Drive, Unit 810
Baltimore, MD 21230


James W. Ancel, Sr.
100 Harborview Drive, Penthouse 4C
Baltimore, MD 21230


Jan Cookson / William Cookson
100 Harborview Drive, Units 808 and 2307
Baltimore, MD 21230


Jan Schnaper / Anne Schnaper
100 Harborview Drive, Unit 2109
Baltimore, MD 21230


Janet Salkin / Jay Salkin
100 Harborview Drive, Unit 2202
Baltimore, MD 21230


Janis Herschtowitz / Wallace Vitez
100 Harborview Drive, Unit 1803
Baltimore, MD 21230


Jason Hollins / Diana Mark
100 Harborview Drive, Unit 1604
Baltimore, MD 21230


Jeff Cohen / Eileen Cohen
100 Harborview Drive, Unit 1002
Baltimore, MD 21230

Jeffrey Segall
100 Harborview Drive, Unit 402
Baltimore, MD 21230


Jim Dickman / Marilyn Dickman
100 Harborview Drive, Unit 2102
Baltimore, MD 21230


Jo Ann Clay / Milton Hillery
100 Harborview Drive, Unit 410
Baltimore, MD 21230


John Bevier / Colleen Calimer
100 Harborview Drive, Unit 1013
Baltimore, MD 21230


John Cochran / Suzanne Cochran
100 Harborview Drive, Penthouse 3C
Baltimore, MD 21230


John Napolitano
100 Harborview Drive, Units 1209 & 1409
Baltimore, MD 21230


John Wharton / Joanne Wharton
100 Harborview Drive, Unit 1401
Baltimore, MD 21230


Johnny Hahn
100 Harborview Drive, Unit 712
Baltimore, MD 21230


Josie Johnson LLC
100 Harborview Drive, Unit 611
Baltimore, MD 21230

Joyce Lee
100 Harborview Drive, Unit 2303
Baltimore, MD 21230


Joycelyn Peoples
86 Landmark Drive
Stafford, VA 22554


Judith Allen
100 Harborview Drive, Unit 501
Baltimore, MD 21230


Judith Campbell
100 Harborview Drive, Unit 1402
Baltimore, MD 21230


Julie Ann Coyne / Kendall Coyne
100 Harborview Drive, Unit 603
Baltimore, MD 21230


Jung Mah
100 Harborview Drive, Unit 705
Baltimore, MD 21230


K & C Grounds Maintenance Inc.
1818 Potspring Road, Suite 250
Lutherville, MD 21093


Karen Huddles
100 Harborview Drive, Unit 709
Baltimore, MD 21230


Karl Malloy
100 Harborview Drive, Unit 508
Baltimore, MD 21230

Kenneth Bavaria / Richard Meade
and Pema Thinley
100 Harborview Drive, Units 607 and 713
Baltimore, MD 21230


Kenneth Berberich, Jacob Lefkowitz and
Rhode Island KJ Trust
100 Harborview Drive, Unit 906
Baltimore, MD 21230


Keri Jacobs
100 Harborview Drive, Unit 609
Baltimore, MD 21230


Kevin Lee / Stella Lee
100 Harborview Drive, Unit 1308
Baltimore, MD 21230


Kirby Artistic Designs
3601 West Saratoga Street
Baltimore, MD 21229


Kirsten Cardegna
100 Harborview Drive, Unit 1009
Baltimore, MD 21230


Kunjithapatham Chockkalingam
and Vasanthakumari Chockkalingam
100 Harborview Drive, Unit 212
Baltimore, MD 21230


L&L Rail & Fence, Inc.
40 New Plant Court, Suite B
Owings Mills, MD 21117


Leopoldo Marquez
100 Harborview Drive, Unit 506
Baltimore, MD 21230

Lilly Abbaei / Mike Abbaei
100 Harborview Drive, Unit 1710
Baltimore, MD 21230


Linda Lo Cascio
100 Harborview Drive, Unit 1102
Baltimore, MD 21230


Logan Ace Hardware
1734 14th Street, NW
Washington, DC 20009


Loganathan Chellaperumal and
Meenakshi Rajagopalan
100 Harborview Drive, Unit 1014
Baltimore, MD 21230


Lorraine Koury / Daryl Varney
100 Harborview Drive, Unit 510
Baltimore, MD 21230


Louis Elias
100 Harborview Drive, Unit 503
Baltimore, MD 21230


Louis Elias / Samia Elias
100 Harborview Drive, Unit 801
Baltimore, MD 21230


Mageline Kelley / Michael Kelley
100 Harborview Drive, Unit 1408
Baltimore, MD 21230


MailFinance
25881 Network Place
Chicago, IL 60673-1258

Mainak Mazumdar / Sati Mazumdar
100 Harborview Drive, Unit 401
Baltimore, MD 21230


Mariacorzan Fernando-Florentin and
Angel Florentin
100 Harborview Drive, Unit 1113
Baltimore, MD 21230


Martha Marquesen
100 Harborview Drive, Unit 1105
Baltimore, MD 21230


Martin Bradley / Tina Wang
100 Harborview Drive, Unit 513
Baltimore, MD 21230


Mary Branagan
100 Harborview Drive, Unit 802
Baltimore, MD 21230


Mary Branagan / Steve Branagan
100 Harborview Drive, Unit 802
Baltimore, MD 21230


Mary Devlin
100 Harborview Drive, Unit 311
Baltimore, MD 21230


Maryland Reprographics, Inc.
2217 North Charles Street
Baltimore, MD 21218


Maury Levin
100 Harborview Drive, Unit 1404
Baltimore, MD 21230

Melanie Lawrence
100 Harborview Drive, Unit 2209
Baltimore, MD 21230


Melvin Lessing
100 Harborview Drive, Unit 904
Baltimore, MD 21230


Melvin, Thea and Alexis Mancini
100 Harborview Drive, Unit 312
Baltimore, MD 21230


Mert Onal
100 Harborview Drive, Unit 909
Baltimore, MD 21230


Mert Onal / Tess Onal
100 Harborview Drive, Unit 601
Baltimore, MD 21230


Michael F. Callahan, Esquire
Callahan & Associates LLC
10 Smith Lane
Swampscott, MA 01907


Michael Scheffres / Susan Scheffres
100 Harborview Drive, Units 2309 & 2310
Baltimore, MD 21230


Michael Snyder / Susan Snyder
100 Harborview Drive, Unit 1708
Baltimore, MD 21230


Michelle Harp
100 Harborview Drive, Unit 512
Baltimore, MD 21230

Mike Abbaei / Lilly Abbaei
100 Harborview Drive, Unit 1610
Baltimore, MD 21230


Mona Electric
P. O. Box 79280
Baltimore, MD 21279-0280


Nancy Civin / Dr. Curt Civin
100 Harborview Drive, Penthouse 1D
Baltimore, MD 21230


Nancy Rosenberg
100 Harborview Drive, Unit 1609
Baltimore, MD 21230


Nationstar Mortgage, LLC (Unit 1311)
8950 Cypress Walters Boulevard
Coppell, TX 75019


Neerja Razdan / Kristin Messmer
100 Harborview Drive, Unit 714
Baltimore, MD 21230


Neshat Tebyanian
100 Harborview Drive, Unit 308
Baltimore, MD 21230


Noyes Air Conditioning
16761 Oakmont Avenue
Gaithersburg, MD 20877-4111


Osborne Payne / Famebridge Payne
100 Harborview Drive, Unit 411
Baltimore, MD 21230

Palmer Brothers
c/o Monument Bank
Attention: Lockbox Processing
8602 Colesville Road
Silver Spring, MD 20910


Paul Clark / Rebecca Delorme-Clark
100 Harborview Drive, Penthouse 4A
Baltimore, MD 21230


PC Welding
387 Gross Road
Fawn Grove, PA 17321


Penthouse 4C, LLC
100 Harborview Drive
Baltimore, MD 21230


Peter Spooner
100 Harborview Drive, Unit 2002
Baltimore, MD 21230


Phillip Anapolsky / Elizabeth Anapolsky
100 Harborview Drive, Unit 1908
Baltimore, MD 21230


Piera Family Partnership
100 Harborview Drive, Unit 1910
Baltimore, MD 21230


Profiles, Inc.
3000 Chestnut Avenue, Suite 201
Baltimore, MD 21211


Punita Tripathi
100 Harborview Drive, Unit 2103
Baltimore, MD 21230

Quench USA, Inc.
P. O. Box 781393
Philadelphia, PA 19178-1393


Rashad Kronfli / Tarek Kronfli
100 Harborview Drive, Unit 1707
Baltimore, MD 21230


Rashimi Pathak / Michael Wolsh
100 Harborview Drive, Unit 613
Baltimore, MD 21230


Ravinda Shah/Neelesh Shah/Manjula Shah
100 Harborview Drive, Unit 1504
Baltimore, MD 21230


Ray Kim / Chung Kim
100 Harborview Drive, Unit 1307
Baltimore, MD 21230


Raymond Daniel Burke, Esquire
Counsel for Penthouse 4C, LLC
Ober, Kaler, Grimes & Shriver, P.C.
100 Light Street, 19th Floor
Baltimore, MD 21202


Rees Broome P. C.
1900 Gallows Road, Suite 700
Vienna, VA 22182


Response TECH, Inc.
11821 Parklawn Drive, Suite 304
Rockville, MD 20852


Rhonda l. Farrell
100 Harborview Drive, Unit 509
Baltimore, MD 21230

Richard Ericksen / Susan Ericksen
100 Harborview Drive, Unit 604
Baltimore, MD 21230


Richard Morton / Nora Morton
100 Harborview Drive, Unit 2308
Baltimore, MD 21230


Richard Naing
100 Harborview Drive, Unit 409
Baltimore, MD 21230


Richard Swirnow / Rae Swirnow
100 Harborview Drive, Penthouse 1A
Baltimore, MD 21230


Robert Goldberg / Terri Goldberg
100 Harborview Drive, Unit 2004
Baltimore, MD 21230


Robert Knodell
100 Harborview Drive, Unit 809
Baltimore, MD 21230


Robert McMahan
100 Harborview Drive, Unit 704
Baltimore, MD 21230


Robert Miller / Carolyn Miller
100 Harborview Drive, Unit 1507
Baltimore, MD 21230


Robert Southwick / Clair Zibergeld
100 Harborview Drive, Unit 504
Baltimore, MD 21230

Roger Dankert / Ellen Dankert
100 Harborview Drive, Penthouse 3D
Baltimore, MD 21230


Rohit Patel / Sonal Patel
100 Harborview Drive, Unit 1510
Baltimore, MD 21230


Rommel Cranston
601 Nursery Road
Linthicum, MD 21090


Ronald B. Dickey / Linda M. Lampkin
100 Harborview Drive, Unit 910
Baltimore, MD 21230


Rosalie Glorioso / Donna Senft
100 Harborview Drive, Unit 1807
Baltimore, MD 21230


Rosenberg Pelino LLC
6031 University Boulevard, Suite 300
Ellicott City, MD 21043


Salil Choudhary / Meenu Choudhary
100 Harborview Drive, Unit 211
Baltimore, MD 21230


Scent Air Technologies Inc.
P. O. Box 978754
Dallas, TX 75397-8754


Scheryl Glanton
100 Harborview Drive, Unit 608
Baltimore, MD 21230

SDRA Investments LLC, J. Sidney Smith
and Carol A. Smith
100 Harborview Drive, Unit 1608
Baltimore, MD 21230


SG Investor, LLC
100 Harborview Drive, Unit 1103
Baltimore, MD 21230


Shahrizad Maleki Lozier
100 Harborview Drive, Unit 903
Baltimore, MD 21230


Shannon Wingfield
100 Harborview Drive, Management Office
Baltimore, MD 21230


Sharadha Avula
100 Harborview Drive, Unit 1104
Baltimore, MD 21230


Sharon Austin
100 Harborview Drive, Unit 2203
Baltimore, MD 21230


Sharon Turban
100 Harborview Drive, Units 1212 & 1808
Baltimore, MD 21230


Shelley Marston Clark
100 Harborview Drive, Unit 204
Baltimore, MD 21230


Sheppard O'Neal
100 Harborview Drive, Unit 708
Baltimore, MD 21230

Sherwin-Williams Company
11 South Central Avenue
Baltimore, MD 21202


Shuo-Teh Chang / Sithu Win
100 Harborview Drive, Units 203 and 209
Baltimore, MD 21230


SI Restoration, Inc.
2312 Eskow Avenue
Halethorpe, MD 21227


Simplex Grinnell LP
Department CH 10320
Palatine, IL 60055-0320


Simpson of Maryland, Inc.
7476 Candlewood Road
Hanover, MD 21076


Songjie Liang / Rou Shi
100 Harborview Drive, Unit 1008
Baltimore, MD 21230


Sook Ja Oh / Dr. Sun Woong Oh
100 Harborview Drive, Unit 2001
Baltimore, MD 21230


Sook Kay
100 Harborview Drive, Unit 303
Baltimore, MD 21230


Sophia Lo
100 Harborview Drive, Unit 911
Baltimore, MD 21230

South Data, Inc.
201 Technology Lane
Mount Airy, NC 27030-6684


Staples Advantage
P. O. Box 415256
Boston, MA 02241-5256


Stephanie Chan
100 Harborview Drive, Unit 511
Baltimore, MD 21230


Sterling Backcheck Infosystems
P. O. Box 36482
Newark, NJ 07193-6482


Structural Restoration Services Inc.
259 West Ore Street
Loganville, PA 17342


Sunbelt Rentals, Inc.
P. O. Box 409211
Atlanta, GA 30384-9211


Superior Supply Ltd.
4001 Washington Boulevard
Baltimore, MD 21227


Supreme Air
4401 Eastern Avenue
Building 49, Suite B
Baltimore, MD 21224


Susan Colandrea
100 Harborview Drive, Unit 1211
Baltimore, MD 21230

The Sherwin-Williams Co.
909 Fort Avenue
Baltimore, MD 21230


Theresa Hynes
100 Harborview Drive, Unit 1011
Baltimore, MD 21230


Thyssenkrupp Elevator Corp.
P. O. Box 933004
Atlanta, GA 31193-3004


TSC Warehouse LLC
100 Harborview Drive, Unit 1312
Baltimore, MD 21230


UniFirst Corporation
8820 Yellow Brick Road
Baltimore, MD 21237


UPS
P. O. Box 7247-0244
Philadelphia, PA 19170-0001


Veena Choubey / Christopher Smith
100 Harborview Drive, Unit 313
Baltimore, MD 21230


Venus Jackson
100 Harborview Drive, Unit 304
Baltimore, MD 21230


Verizon
P. O. Box 4830
Trenton, NJ 08650-4830

Verizon Bankruptcy Administration
500 Technology Drive, Suite 550
Weldon Spring, MO 63304


Victor Impallaria
100 Harborview Drive, Management Office
Baltimore, MD 21230


Vincent Delorenzo / Michael Delorenzo
100 Harborview Drive, Unit 1006
Baltimore, MD 21230


Vincent Scalese / DJ Maynor
100 Harborview Drive, Unit 1509
Baltimore, MD 21230


Vinita Gupta / Brij Sharma
100 Harborview Drive
Units 1901, 1902, 1904
Baltimore, MD 21230


VSC Fire & Security
10343-B Kings Acres Road
Ashland, VA 23005


Wanda Delorme
100 Harborview Drive, Unit 702
Baltimore, MD 21230


Whiteford, Taylor & Preston LLP
7 Saint Paul Street, 15th Floor
Baltimore, MD 21202


William Cookson / Jan Cookson
100 Harborview Drive, Unit 1602
Baltimore, MD 21230

Workplace Essentials, Inc.
13 Linnell Circle
Billerica, MA 01821


Yooson Kim / Erik Magness
100 Harborview Drive, Unit 1001
Baltimore, MD 21230


Yvonne Lauw / William Tse
100 Harborview Drive, Unit 1208
Baltimore, MD 21230