**Fill in this information to identify the case:**

Debtor name  **Council of Unit Owners of the 100 Harborview Drive Condominium**

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number (if known)  **16-13049-JS**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 31, 2016**   *X* **/s/ Dr. Reuben Mezrich**

Signature of individual signing on behalf of debtor

**Dr. Reuben Mezrich**

Printed name

**President**

Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name    **Council of Unit Owners of the 100 Harborview Drive Condominium**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    **16-13049-JS**

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................    $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................    $    **6,344,299.03**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................    $    **6,344,299.03**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $    **10,214,102.27**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **993,609.08**

4.   **Total liabilities** ................................................................................
    Lines 2 + 3a + 3b        $    **11,207,711.35**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Council of Unit Owners of the 100 Harborview Drive Condominium** |
| United States Bankruptcy Court for the:   DISTRICT OF MARYLAND |
| Case number (if known)   **16-13049-JS** |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$1,000.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Citizens Bank, N.A.** | **operating** | | **$628,106.74** |
| 3.2. | **Citizens Bank, N.A.** | **operating reserve** | | **$4,024.43** |
| 3.3. | **Citizens Bank, N.A.** | **security deposits** | | **$2,500.33** |
| 3.4. | **Citizens Bank, N.A.** | **debit card** | | **$1,210.35** |
| 3.5. | **Howard Bank - construction account** | **checking** | | **$31,815.36** |
| 3.6. | **Howard Bank - reserve account** | **money market account** | | **$265,908.61** |

| Debtor | **Council of Unit Owners of the 100 Harborview Drive Condominium** | Case number *(If known)* | **16-13049-JS** |
|---|---|---|---|
| | Name | | |

| | 3.7. | **Howard Bank - reserve account CD** | money market account | | **$280,995.00** |
|---|---|---|---|---|---|

**4.** **Other cash equivalents** *(Identify all)*

4.1. **Letter of Credit issued by Howard Bank**                                    **Unknown**

**5.** **Total of Part 1.**                                                                   $1,215,560.82

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:** **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.** **Accounts receivable**

11b. Over 90 days old:        **614,688.31** - **282,395.75** =.... **$332,292.56**

                         face amount                 doubtful or uncollectible accounts

**12.** **Total of Part 3.**                                                                   $332,292.56

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** **Railings (3 units stored)** | | **$0.00** | | **Unknown** |

**20.** **Work in progress**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Council of Unit Owners of the 100 Harborview Drive Condominium** | | Case number *(If known)* | **16-13049-JS** |
| | Name | | | |

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**
    **Artwork , accessories, and window treatments, furniture (purchase price)** — $0.00 — $211,197.65

    **Mechanical equipment in building (mechanical system per 2014 reserve study) (see attached)** — $0.00 — $4,585,248.00

23. **Total of Part 5.** — **$4,796,445.65**

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software Copier (leased from Advance Business Solutions)** | $0.00 | | $0.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Debtor    **Council of Unit Owners of the 100 Harborview Drive Condominium**                Case number *(If known)*  **16-13049-JS**
_____Name_____

43.    **Total of Part 7.**                                                                $0.00
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.


| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **100 Harborview Drive, Unit 907 (7/1/16 SDAT assessment value is $239,600) (foreclosed unit for past due assessments, subject to first deed of trust)** | | $0.00 | | Unknown |
| 55.2. **100 Harborview Drive, Unit 1310 (7/1/16 SDAT assessment value is $158,600) (foreclosed unit for past due assessments, subject to first deed of trust)** | | $0.00 | | Unknown |

56.    **Total of Part 9.**                                                                $0.00
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Council of Unit Owners of the 100 Harborview Drive Condominium** | Case number *(If known)* | **16-13049-JS** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** theharborviewtowers.com | $0.00 | | Unknown |
| harborviewcondominium.com | $0.00 | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Council of Unit Owners of the 100 Harborview Drive Condominium** | Case number *(If known)* | **16-13049-JS** |
|---|---|---|---|
| | Name | | |

Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**
**Interests in insurance policies (property, workers compensation, fidelity bond/employee dishonesty, commercial general liability, umbrella liability, directors and officers liability, garage keepers legal liability, pollution liability)**

**Unknown**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$0.00**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor   **Council of Unit Owners of the 100 Harborview Drive Condominium**    Case number *(If known)* **16-13049-JS**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,215,560.82 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $332,292.56 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,796,445.65 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,344,299.03 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,344,299.03 |

# Detailed Reserve Study Update

100 Harborview Drive Condominium
Project No. 10919-01
May 27, 2014

## Mechanical (1 of 2)

### Mechanical (1 of 2)

| COMPONENT | QUANTITY | | UNIT COST | RESERVE REQUIREMENT PRESENT DOLLARS | BEGINNING BALANCE | ESTIMATED USEFUL LIFE | ESTIMATED REMAINING USEFUL LIFE | ANNUAL RESERVE FUNDING REQUIRED | FULL FUNDING BALANCE | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| Cooling Tower | 1 | EA | $120,413.80 | $120,414 | $2,889 | 20 | 19 | $6,185 | $6,021 | 43 |
| Cooling Tower Fans (40 HP) | 2 | EA | $0.00 | $0 | $0 | 10 | 9 | $0 | $0 | 43 |
| HVAC Boilers | 2 | EA | $52,455.20 | $104,910 | $27,691 | 40 | 18 | $4,290 | $57,701 | 44 |
| Plate Heat Exchanger | 1 | EA | $101,175.20 | $101,175 | $26,705 | 40 | 18 | $4,137 | $55,646 | 45 |
| Loop Pumps (100 HP) Rebuild | 2 | EA | $0.00 | $0 | $0 | 30 | 22 | $0 | $0 | 46 |
| Loop Pumps (100 HP) Replace | 2 | EA | $29,719.20 | $59,438 | $20,918 | 30 | 8 | $4,815 | $43,588 | 46 |
| Tower Pump (60 HP) Rebuild | 1 | EA | $0.00 | $0 | $0 | 30 | 22 | $0 | $0 | 46 |
| Tower Pump (60 HP) Replace | 1 | EA | $26,169.60 | $26,170 | $9,210 | 30 | 8 | $2,120 | $19,191 | 46 |
| Rooftop Packaged Unit (40 tons) | 1 | EA | $80,840.40 | $80,840 | $1,940 | 20 | 19 | $4,153 | $4,042 | 47 |
| Rooftop Packaged Unit (50 tons) | 1 | EA | $93,826.60 | $93,827 | $2,251 | 20 | 19 | $4,820 | $4,691 | 47 |
| Rooftop Packaged Unit (Compressors) | 4 | EA | $17,000.00 | $68,000 | $1,632 | 20 | 19 | $3,493 | $3,400 | 47 |
| Water Source Heat Pumps (5-6 tons) | 2 | EA | $5,220.00 | $10,440 | $3,674 | 15 | 4 | $1,691 | $7,656 | 48 |
| Water Source Heat Pumps (5-6 tons) | 4 | EA | $5,220.00 | $20,880 | $8,016 | 15 | 3 | $4,288 | $16,704 | 48 |
| Water Source Heat Pumps (5-6 tons) | 6 | EA | $5,220.00 | $31,320 | $12,024 | 15 | 3 | $6,432 | $25,056 | 48 |
| Water Source Heat Pump (Lobby) | 1 | EA | $10,324.00 | $10,324 | $1,982 | 15 | 9 | $927 | $4,130 | 48 |
| Water Source Heat Pump (Health Club) | 1 | EA | $12,064.00 | $12,064 | $4,632 | 15 | 3 | $2,477 | $9,651 | 48 |
| Water Source Heat Pump (Holding Room) | 1 | EA | $3,716.64 | $3,717 | $1,427 | 15 | 3 | $763 | $2,973 | 48 |
| Heat Pump (HP-K) | 1 | EA | $0.00 | $0 | $0 | 15 | 1 | $0 | $0 | 49 |
| Heat Pump (HP-I) | 1 | EA | $0.00 | $0 | $0 | 15 | 1 | $0 | $0 | 49 |
| Heat Pump (HP-Q) | 1 | EA | $0.00 | $0 | $0 | 15 | 1 | $0 | $0 | 49 |
| Pool Heater/Dehumidifier | 1 | EA | $100,391.04 | $100,391 | $16,059 | 15 | 10 | $8,433 | $33,464 | 50 |
| Trash Compactor | 2 | EA | $16,407.04 | $32,814 | $2,362 | 20 | 17 | $1,791 | $4,922 | 51 |
| Elevator Machinery | 6 | EA | $339,230.40 | $2,035,382 | $429,786 | 50 | 28 | $57,343 | $895,568 | 52 |
| Elevator Control System Renovation | 6 | EA | $0.00 | $0 | $0 | 30 | 8 | $0 | $0 | 52 |
| Elevator Cabs & Doors | 6 | EA | $0.00 | $0 | $0 | 30 | 8 | $0 | $0 | 53 |
| Underground Storage Tanks | 6 | EA | $7,377.60 | $44,266 | $5,311 | 20 | 15 | $2,597 | $11,066 | 54 |
| **TOTALS** | | | | **$2,956,372** | **$578,509** | | | **$120,756** | **$1,205,471** | |

© Kipcon Incorporated 2014

# Detailed Reserve Study Update



100 Harborview Drive Condominium
Project No. 10919-01
May 27, 2014

## Mechanical (2 of 2)

| COMPONENT | QUANTITY | | UNIT COST | RESERVE REQUIREMENT PRESENT DOLLARS | BEGINNING BALANCE | ESTIMATED USEFUL LIFE | ESTIMATED REMAINING USEFUL LIFE | ANNUAL RESERVE FUNDING REQUIRED | FULL FUNDING BALANCE | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| Domestic Riser Replacement (25%) | 1 | LS | $351,520.00 | $351,520 | $61,855 | 60 | 38 | $7,623 | $128,891 | 55 |
| Domestic Riser Replacement (25%) | 1 | LS | $351,520.00 | $351,520 | $56,232 | 60 | 40 | $7,382 | $117,173 | 55 |
| Domestic Riser Replacement (25%) | 1 | LS | $351,520.00 | $351,520 | $50,609 | 60 | 42 | $7,165 | $105,456 | 55 |
| Domestic Riser Replacement (25%) | 1 | LS | $351,520.00 | $351,520 | $44,985 | 60 | 44 | $6,967 | $93,739 | 55 |
| Domestic Water Boost Pump Control | 1 | LS | $16,870.00 | $16,870 | $2,159 | 30 | 22 | $669 | $4,499 | 56 |
| Domestic Water Pumps (30 HP) | 3 | EA | $17,028.80 | $51,086 | $6,538 | 30 | 22 | $2,025 | $13,623 | 56 |
| Domestic Water Pumps Rebuild | 3 | EA | $0.00 | $0 | $0 | 30 | 8 | $0 | $0 | 56 |
| Domestic Water Boiler (2 MBH) | 1 | EA | $36,888.00 | $36,888 | $3,035 | 35 | 29 | $1,167 | $6,324 | 57 |
| Domestic Water Boiler (2.3 MBH) | 1 | EA | $40,808.80 | $40,809 | $12,870 | 35 | 12 | $2,328 | $26,817 | 57 |
| Hot Water Storage Tank | 6 | EA | $4,037.26 | $24,224 | $3,487 | 20 | 14 | $1,481 | $7,267 | 58 |
| Fire Pump (100 HP) Rebuild | 1 | EA | $0.00 | $0 | $0 | 30 | 22 | $0 | $0 | 59 |
| Fire Pump (100 HP) Replace | 1 | EA | $31,528.80 | $31,529 | $11,096 | 30 | 8 | $2,554 | $23,121 | 59 |
| Fire Pump (50 HP) Rebuild | 1 | EA | $0.00 | $0 | $0 | 30 | 22 | $0 | $0 | 59 |
| Fire Pump (50 HP) Replace | 1 | EA | $21,390.40 | $21,390 | $7,528 | 30 | 8 | $1,733 | $15,686 | 59 |
| **TOTALS** | | | | $1,628,876 | $260,393 | | | $41,094 | $542,596 | |

| Fill in this information to identify the case: |
|---|

Debtor name    **Council of Unit Owners of the 100 Harborview Drive Condominium**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    **16-13049-JS**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

| 2.1 | **Great American Surety** | Describe debtor's property that is subject to a lien | **$280,000.00** | **$280,995.00** |
|---|---|---|---|---|
| | Creditor's Name | **Howard Bank - reserve account CD - money market account** | | |
| | **c/o Great American Insurance Group**<br>**301 E 4th Street**<br>**Cincinnati, OH 45202-4201** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | **bonddivision@gaig.com** | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ☑ No | ☑ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |

| 2.2 | **Howard Bank** | Describe debtor's property that is subject to a lien | $7,730,309.65 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **all assets of Debtor together with all products and proceeds thereof (both cash and non-cash) and all proceeds (including insurance proceeds) and products of any of the Debtor's assets** | | |
| | **6011 University Boulevard, Suite 370**<br>**Ellicott City, MD 21043** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **UCC Financing Statement** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred**<br>**5/6/13** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**1738** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Council of Unit Owners of the 100 Harborview Drive Condominium** | Case number (if know) | **16-13049-JS** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Penthouse 4C, LLC** | Describe debtor's property that is subject to a lien | $609,030.62 | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o James W. Ancel, Sr.
408 Bosley Avenue
Towson, MD 21204**
Creditor's mailing address

**Units 907 and 1310, Harborview Towers**

Describe the lien

**Judgment Lien (garnishment issued 1/13/16)**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
12/30/15
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **Penthouse 4C, LLC** | Describe debtor's property that is subject to a lien | $1,594,762.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o James W. Ancel, Sr.
408 Bosley Avenue
Towson, MD 21204**
Creditor's mailing address

**Units 907 and 1310, Harborview Towers**

Describe the lien

**Judgment Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2/24/16
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  **$10,214,102.27**

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if know) | **16-13049-JS** |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brian C. Rosenberg, Esquire**<br>**Offit Kurman, P.A.**<br>**8171 Maple Lawn Boulevard, Suite 200**<br>**Maple Lawn, MD 20759** | Line __2.2__ | |
| **Michael D. Nord, Esquire**<br>**Gebhardt & Smith LLP**<br>**One South Street, Suite 2200**<br>**Baltimore, MD 21202-3281** | Line __2.2__ | |
| **Raymond Daniel Burke, Esquire**<br>**Counsel for Penthouse 4C, LLC**<br>**Ober, Kaler, Grimes & Shriver, P.C.**<br>**100 Light Street, 19th Floor**<br>**Baltimore, MD 21202** | Line __2.3__ | |
| **Raymond Daniel Burke, Esquire**<br>**Counsel for Penthouse 4C, LLC**<br>**Ober, Kaler, Grimes & Shriver, P.C.**<br>**100 Light Street, 19th Floor**<br>**Baltimore, MD 21202** | Line __2.4__ | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

**Fill in this information to identify the case:**

Debtor name    **Council of Unit Owners of the 100 Harborview Drive Condominium**

United States Bankruptcy Court for the:    **DISTRICT OF MARYLAND**

Case number (if known)    **16-13049-JS**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**A Supreme Heating & Air Conditioning Co.**<br>**152-B Blades Lane**<br>**Glen Burnie, MD 21060**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **3086** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$750.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Abdul Qaiyum Khan**<br>**100 Harborview Drive, Unit 413**<br>**Baltimore, MD 21230**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **unit owner**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Accurate Termite & Pest Control, Inc.**<br>**8000 Philadelphia Road**<br>**Rosedale, MD 21237**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **0970** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$805.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Accurate Test and Balance LLC**<br>**9105 Hampton Overlook**<br>**Capitol Heights, MD 20743**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **1547** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$950.00** |

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

**3.5** | Nonpriority creditor's name and mailing address

**ACE Environmental Services, LLC**
**3512 Fairfield Road**
**Baltimore, MD 21226**

Date(s) debt was incurred _

Last 4 digits of account number  **1108**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,625.00

---

**3.6** | Nonpriority creditor's name and mailing address

**Achint Kaur / Sumeet Singh**
**100 Harborview Drive, Unit 301**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.7** | Nonpriority creditor's name and mailing address

**Adaptive Leadership Strategies**
**20068 Inverness Square**
**Ashburn, VA 20147**

Date(s) debt was incurred _

Last 4 digits of account number  **203**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

**3.8** | Nonpriority creditor's name and mailing address

**Adele Weinberg**
**100 Harborview Drive, Unit 2302**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owner**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.9** | Nonpriority creditor's name and mailing address

**Advance Business Systems**
**P. O. Box 759319**
**Baltimore, MD 21275-9319**

Date(s) debt was incurred _

Last 4 digits of account number  **7641**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$632.04

---

**3.10** | Nonpriority creditor's name and mailing address

**Aireco Supply Inc.**
**P. O. Box 414**
**Savage, MD 20763-0414**

Date(s) debt was incurred _

Last 4 digits of account number  **5400**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$805.55

---

**3.11** | Nonpriority creditor's name and mailing address

**Alan Gamse / Barbara Gamse**
**100 Harborview Drive, Penthouse 1C**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Council of Unit Owners of the 100 Harborview Drive Condominium** | Case number (if known) | **16-13049-JS** |
|---|---|---|---|
| | Name | | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Alan Partin/Vicky Partin/Topper Partin**<br>**100 Harborview Drive, Unit 1809**<br>**Baltimore, MD 21230** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __unit owners__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Allison Mandelberg / Steven Mandelberg**<br>**1232 Harbor Island Walk**<br>**Baltimore, MD 21230** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __owners of Unit 1106__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Allison, Sarah and John Herring**<br>**100 Harborview Drive, Unit 612**<br>**Baltimore, MD 21230** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __unit owners__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,775.00** |
|---|---|---|
| **American Pool**<br>**9305 Gerwig Lane**<br>**Columbia, MD 21046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __trade debt__ | |
| Last 4 digits of account number  __4104__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|
| **American Solar Tinting**<br>**5917 Liberty Road**<br>**Baltimore, MD 21207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __trade debt__ | |
| Last 4 digits of account number  __6431__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Amy Abdallah / Stephen Charbonneau**<br>**100 Harborview Drive, Unit 406**<br>**Baltimore, MD 21230** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __unit owners__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Andrew Georgelakos / Jeanne Georgelakos**<br>**100 Harborview Drive, Unit 1702**<br>**Baltimore, MD 21230** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __unit owners__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Council of Unit Owners of the 100 Harborview Drive Condominium** | Case number (if known) | **16-13049-JS** |
|---|---|---|---|
| | Name | | |

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Angel Gonzalez Ghersi / Martin Manescu**<br>**100 Harborview Drive, Unit 614**<br>**Baltimore, MD 21230** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __unit owners__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Ann Coppola / Michael Coppola**<br>**100 Harborview Drive, Unit 1508**<br>**Baltimore, MD 21230** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __unit owner__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Anna Ariss, Dr. Michelle Ariss and**<br>**Dr. Steven Ariss**<br>**100 Harborview Drive, Unit 610**<br>**Baltimore, MD 21230** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __unit owners__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Anne Grigg / Joseph Grigg**<br>**100 Harborview Drive, Unit 1607**<br>**Baltimore, MD 21230** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __unit owners__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Anthony Culotta / Joseph Culotta**<br>**2987 Mt. Etna Circle**<br>**Ellicott City, MD 21043** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __owners of Units 913 and 1303__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Antonios/Dimitrios/Emanuel Aikaterinidis**<br>**100 Harborview Drive, Unit 414**<br>**Baltimore, MD 21230** | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __unit owners__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Antwerpen / 1301 LLC**<br>**100 Harborview Drive, Unit 1301**<br>**Baltimore, MD 21230** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __unit owners__ | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

**3.26** Nonpriority creditor's name and mailing address

Anwar Khan / Najma Khan
100 Harborview Drive, Unit 805
Baltimore, MD 21230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  unit owners

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.27** Nonpriority creditor's name and mailing address

ARC Water Treatment Company of Maryland
P. O. Box 248
Annapolis Junction, MD 20701-0248

Date(s) debt was incurred _

Last 4 digits of account number  9500

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$816.00**

---

**3.28** Nonpriority creditor's name and mailing address

Ariana and Farhad Ghom/Patrick Greenwell
100 Harborview Drive, Unit 1210
Baltimore, MD 21230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  unit owners

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.29** Nonpriority creditor's name and mailing address

Ashul Govil / Angeli Govil
100 Harborview Drive, Unit 807
Baltimore, MD 21230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  unit owners

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.30** Nonpriority creditor's name and mailing address

AtHomeNet
400 South Colorado Boulevard, Suite 790
Denver, CO 80246

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$160.00**

---

**3.31** Nonpriority creditor's name and mailing address

Atwood Collins / Cynthia Collins
P. O. Box 398
Vero Beach, FL 32961

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  owners of Units 901 and 902

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.32** Nonpriority creditor's name and mailing address

Ayse Gokaslan / Ziya Gokaslan
100 Harborview Drive, Unit 2201
Baltimore, MD 21230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  unit owners

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address

Barbara Balcerak
100 Harborview Drive, Unit 1111
Baltimore, MD 21230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$21.20

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  unit owner

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address

Barbara Branagan
100 Harborview Drive, Unit 802
Baltimore, MD 21230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$69.06

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  reimbursement for council-sponsored event

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address

Barbara, William and John Kostis
100 Harborview Drive, Unit 1206
Baltimore, MD 21230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  unit owners

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address

Barkan Management Company
24 Farnsworth Street
Boston, MA 02210

Date(s) debt was incurred _

Last 4 digits of account number  2816

As of the petition filing date, the claim is: *Check all that apply.*

$60.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  NSF fees for two units

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address

Barkan Management Company
24 Farnsworth Street
Boston, MA 02210

Date(s) debt was incurred _

Last 4 digits of account number  7046

As of the petition filing date, the claim is: *Check all that apply.*

$55.26

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UPS reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address

Barkan Management Company
24 Farnsworth Street
Boston, MA 02210

Date(s) debt was incurred _

Last 4 digits of account number  0616

As of the petition filing date, the claim is: *Check all that apply.*

$11,322.11

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  copies/PO

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address

Barkan Management Company
24 Farnsworth Street
Boston, MA 02210

Date(s) debt was incurred _

Last 4 digits of account number  2016

As of the petition filing date, the claim is: *Check all that apply.*

$7,909.36

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  insurance reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153,307.04 |
|---|---|---|---|
| | **Barkan Management Company** | ☐ Contingent | |
| | **24 Farnsworth Street** | ☐ Unliquidated | |
| | **Boston, MA 02210** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **payroll and admin fees** | |
| | Last 4 digits of account number **16PF** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $317.98 |
|---|---|---|---|
| | **Battery Warehouse** | ☐ Contingent | |
| | **1430 Progress Way, Suite 121** | ☐ Unliquidated | |
| | **Eldersburg, MD 21784** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Benjamin Menges** | ■ Contingent | |
| | **100 Harborview Drive, Unit 914** | ■ Unliquidated | |
| | **Baltimore, MD 21230** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **unit owner** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Betsy, Christopher and Jeffrey Caine** | ■ Contingent | |
| | **100 Harborview Drive, Unit 1110** | ■ Unliquidated | |
| | **Baltimore, MD 21230** | ■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **unit owners** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,334.29 |
|---|---|---|---|
| | **BGE** | ☐ Contingent | |
| | **P. O. Box 13070** | ☐ Unliquidated | |
| | **Philadelphia, PA 19181** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **trade debt** | |
| | Last 4 digits of account number **1000** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,610.62 |
|---|---|---|---|
| | **BGE** | ☐ Contingent | |
| | **P. O. Box 13070** | ☐ Unliquidated | |
| | **Philadelphia, PA 19181** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **trade debt** | |
| | Last 4 digits of account number **5650** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,712.23 |
|---|---|---|---|
| | **BGE** | ☐ Contingent | |
| | **P. O. Box 13070** | ☐ Unliquidated | |
| | **Philadelphia, PA 19181** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **trade debt** | |
| | Last 4 digits of account number **0000** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bill Hopkins / Vikki Hopkins**
**100 Harborview Drive, Unit 2010**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Binh Thai**
**100 Harborview Drive, Unit 1107**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **unit owner**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bob Balcerzak / Barbara Balcerzak**
**100 Harborview Drive, Unit 1111**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brenda Benton**
**100 Harborview Drive, Unit 605**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **unit owner**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brenda Benton / Daniel Hudspeth**
**100 Harborview Drive, Unit 711**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brilliant Associates**
**100 Harborview Drive, Unit 1109**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **unit owner**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brilliant Associates, Oscar Brilliant**
**and Riki Spector**
**100 Harborview Drive, Unit 2003**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brooks Leahy / Susan Leahy**
100 Harborview Drive, Unit 2110
Baltimore, MD 21230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  unit owners 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bruce Fink / Lisa Fink**
100 Harborview Drive, Unit 707
Baltimore, MD 21230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  unit owners 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,976.00 |
|---|---|---|---|

**BuildingLink.Com, LLC**
85 Fifth Avenue, 3rd Floor
New York, NY 10003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  trade debt 

Last 4 digits of account number  9871 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,217.00 |
|---|---|---|---|

**Bunting Door & Hardware Co., Inc.**
9351 G Philadelphia Road
Baltimore, MD 21237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.02 |
|---|---|---|---|

**C.A. Lindman, Inc.**
10401 Guilford Road
Jessup, MD 20794

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $860.00 |
|---|---|---|---|

**Capitol Boiler Work Inc.**
7921 Woodruff Court
Springfield, VA 22151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  trade debt 

Last 4 digits of account number  7364 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.80 |
|---|---|---|---|

**Caplan Bros. Inc.**
700 West Hamburg Street
Baltimore, MD 21230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  trade debt 

Last 4 digits of account number  1200 

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

---

**3.61**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Carol Williams / John Williams<br>100 Harborview Drive, Unit 1704<br>Baltimore, MD 21230 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __unit owners__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.62**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Caroline Leibman<br>100 Harborview Drive, Unit 1701<br>Baltimore, MD 21230 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __unit owner__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.63**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Carolyn Jones<br>100 Harborview Drive, Unit 1703<br>Baltimore, MD 21230 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __unit owner__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.64**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Catherine Cotter<br>100 Harborview Drive, Units 207 and 309<br>Baltimore, MD 21230 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __unit owner__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.65**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Catherine Lee<br>8 Giverny<br>Newport Coast, CA 92657 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __owner of Unit 710__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.66**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.82 |
|---|---|---|
| Catons Plumbing<br>5672 Collections Center Drive<br>Chicago, IL 60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __trade debt__ | |
| Last 4 digits of account number __9426__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.67**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Cecelia Brown<br>100 Harborview Drive, Unit 210<br>Baltimore, MD 21230 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __unit owner__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

**3.68**

Nonpriority creditor's name and mailing address
**CER Properties, LLC**
**841 East Fort Avenue, Suite 173**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **owner of Unit 1203**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.69**

Nonpriority creditor's name and mailing address
**Chad Chilcot / Brooke Davidson**
**100 Harborview Drive, Unit 407**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.70**

Nonpriority creditor's name and mailing address
**Charles Neustadt / Sally Neustadt**
**100 Harborview Drive, Unit 2210**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.71**

Nonpriority creditor's name and mailing address
**Charles, Gina and Greg Carrick**
**100 Harborview Drive, Unit 2208**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.72**

Nonpriority creditor's name and mailing address
**Charm City Networks, LLC**
**1414 Key Highway**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number  **1844**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,634.56**

---

**3.73**

Nonpriority creditor's name and mailing address
**Cheryl Adkins / Edward Adkins**
**100 Harborview Drive, Unit 2301**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.74**

Nonpriority creditor's name and mailing address
**Chetan Mehta**
**5551 Oakland Mills Road**
**Columbia, MD 21045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **owner of Unit 1114**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

**3.75** Nonpriority creditor's name and mailing address
Chris Logsdon
1414 Key Highway, Unit 300F
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: owner of Unit 806

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.76** Nonpriority creditor's name and mailing address
Chris Logsdon / Janice Logsdon
100 Harborview Drive, Unit 804
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: unit owners

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.77** Nonpriority creditor's name and mailing address
Chuck Georgo
100 Harborview Drive, Unit 1204
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: unit owner

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.78** Nonpriority creditor's name and mailing address
Chutes International
33 Industrial Park Drive
Waldorf, MD 20602-2708

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Is the claim subject to offset? ■ No ☐ Yes

$364.98

**3.79** Nonpriority creditor's name and mailing address
Cindy Byrne/Hannah Byrne/Sam Shuman
100 Harborview Drive, Unit 1804
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: unit owners

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.80** Nonpriority creditor's name and mailing address
Cintas Corporation
P. O. Box 740855
Cincinnati, OH 45274-0855

Date(s) debt was incurred _
Last 4 digits of account number 5188

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Is the claim subject to offset? ■ No ☐ Yes

$24.00

**3.81** Nonpriority creditor's name and mailing address
City of Baltimore Department of Finance
P. O. Box 17119
Baltimore, MD 21202

Date(s) debt was incurred 2/25/16
Last 4 digits of account number 2516

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: hi-rise permit

Is the claim subject to offset? ■ No ☐ Yes

$673.00

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,441.87 |
|---|---|---|---|

**City of Baltimore Department of Finance Bureau of Revenue Collections**
P. O. Box 17535
Baltimore, MD 21202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/31/16**

**Basis for the claim:  water**

Last 4 digits of account number  **2009**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,763.20 |
|---|---|---|---|

**City of Baltimore Department of Finance Bureau of Revenue Collections**
P. O. Box 17535
Baltimore, MD 21202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/31/16**

**Basis for the claim:  sewer**

Last 4 digits of account number  **2009**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Coldwell Banker**
22 West Padonia Road, Suite A-140
Timonium, MD 21093-2226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  _**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,480.85 |
|---|---|---|---|

**Coleman Consulting**
205 South Tyrone Road
Baltimore, MD 21212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  trade debt**

Last 4 digits of account number  **0032**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Colette Steinmeier / James Steinmeier**
100 Harborview Drive, Unit 602
Baltimore, MD 21230

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  unit owners**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.44 |
|---|---|---|---|

**Comcast**
P. O. Box 3005
Southeastern, PA 19398-3005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  trade debt**

Last 4 digits of account number  **1014**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $637.98 |
|---|---|---|---|

**Comcast**
P. O. Box 3005
Southeastern, PA 19398-3005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  trade debt**

Last 4 digits of account number  **4019**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $258.54 |
|---|---|---|---|

**Comcast Cable Area 1**
**P. O. Box 3006**
**Southeastern, PA 19398-3006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **716A**

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Complete Carpet Care**
**3262 Guilford Drive**
**Waldorf, MD 20602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Conrad Buedel**
**100 Harborview Drive, Unit 1313**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **unit owner**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208,816.00 |
|---|---|---|---|

**Constantine Commercial Construction Inc.**
**Attention: Diana Parsons, CFO**
**9494 Deereco Road**
**Timonium, MD 21093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,486.68 |
|---|---|---|---|

**Constellation New Energy, Inc.**
**14217 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/8/15**

Last 4 digits of account number **3753**

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $760.02 |
|---|---|---|---|

**Copy Cat Printing**
**2229 North Charles Street**
**Baltimore, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **341**

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,213.36 |
|---|---|---|---|

**Corporate Cleaning Solutions**
**P. O. Box 966**
**Clinton, MD 20735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5540**

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|--------|-----------------------------------------------------------------|------------------------|-------------|
| | Name | | |

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|------|------|------|
| | **Craig Landauer / Sherri Landauer**<br>**1456 E. West Shady Side Road**<br>**Shady Side, MD 20764** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  owners of Unit 1407<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,028.32** |
|------|------|------|------|
| | **Cummins Power Systems, LLC**<br>**P. O. Box 786567**<br>**Philadelphia, PA 19178-6567** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  2598 | Basis for the claim:  trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|------|------|------|
| | **Cynthia Tung / Su-Hsin Tung**<br>**100 Harborview Drive, Unit 706**<br>**Baltimore, MD 21230** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  unit owners<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|------|------|------|
| | **Dale Brougher / Nancy Brougher**<br>**100 Harborview Drive, Unit 1501**<br>**Baltimore, MD 21230** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  unit owners<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|------|------|------|
| | **David Sumner / Natasha Sumner**<br>**100 Harborview Drive, Unit 1810**<br>**Baltimore, MD 21230** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  unit owners<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62.36** |
|------|------|------|------|
| | **Deborah Mason**<br>**100 Harborview Drive, Management Office**<br>**Baltimore, MD 21230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  mileage<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|------|------|------|
| | **Debra Fusco / Ralph Fusco**<br>**100 Harborview Drive, Unit 305**<br>**Baltimore, MD 21230** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  unit owners<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Council of Unit Owners of the 100 Harborview Drive Condominium** | Case number (if known) | **16-13049-JS** |
|---|---|---|---|
| | Name | | |

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dee Alipanah**
**100 Harborview Drive, Unit 310**
**Baltimore, MD 21230**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __unit owner__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,488.76** |
|---|---|---|---|

**Design Collective, Inc.**
**601 East Pratt Street, Suite 300**
**Baltimore, MD 21202**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __trade debt__

Last 4 digits of account number  __1200__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,913.13** |
|---|---|---|---|

**Direct Energy Business**
**P.O. Box 11836**
**Newark, NJ 07101-8135**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __trade debt__

Last 4 digits of account number  __4082__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,264.49** |
|---|---|---|---|

**Direct Solutions LLC**
**619 Alluvion Street**
**Baltimore, MD 21230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __trade debt__

Last 4 digits of account number  __0411__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Donna DeLorenzo / Michael DeLorenzo**
**100 Harborview Drive, Unit 1101**
**Baltimore, MD 21230**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __unit owners__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$423.09** |
|---|---|---|---|

**Dorma USA, Inc.**
**P. O. Box 6312**
**Carol Stream, IL 60197-6399**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dorothy Winegrad**
**100 Harborview Drive, Unit 1601**
**Baltimore, MD 21230**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __unit owner__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

**3.110** Nonpriority creditor's name and mailing address

Doug Hewitt / Teena Murray
100 Harborview Drive, Unit 606
Baltimore, MD 21230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>unit owners</u>

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.111** Nonpriority creditor's name and mailing address

Dr. Alan Goldberg / Helene Goldberg
100 Harborview Drive, Unit 1802
Baltimore, MD 21230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>unit owners</u>

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.112** Nonpriority creditor's name and mailing address

Dr. Alvin Alexander/Dr. Janet Alexander
100 Harborview Drive, Unit 813
Baltimore, MD 21230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>unit owners</u>

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.113** Nonpriority creditor's name and mailing address

Dr. Behnam Manesh
100 Harborview Drive, Unit 1903
Baltimore, MD 21230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>unit owner</u>

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.114** Nonpriority creditor's name and mailing address

Dr. Bob Knodell / Joyce Knodell
100 Harborview Drive, Units 809 and 1410
Baltimore, MD 21230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>unit owners</u>

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.115** Nonpriority creditor's name and mailing address

Dr. Dana M. Roque
100 Harborview Drive, Unit 2207
Baltimore, MD 21230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>unit owner</u>

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.116** Nonpriority creditor's name and mailing address

Dr. David Bonebreak
100 Harborview Drive, Unit 1309
Baltimore, MD 21230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>unit owner</u>

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| | |
|---|---|
| Debtor | **Council of Unit Owners of the 100 Harborview Drive Condominium** |
| | Name |

Case number (if known)   **16-13049-JS**

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dr. David G. Rorison**
**100 Harborview Drive, Units 1207 & 2007**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __unit owner__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dr. David Paige**
**100 Harborview Drive, Unit 1214**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __unit owner__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dr. Deepak Baskaran**
**100 Harborview Drive, Unit 908**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __unit owner__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dr. Emilio Ramos / Jane Ramos**
**100 Harborview Drive, Unit 1302**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __unit owners__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dr. Erica Breslau**
**100 Harborview Drive, Unit 201**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __unit owner__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dr. Gamal Elsaeed / Manall Mohie-Eldin**
**100 Harborview Drive, Unit 1205**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __unit owners__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dr. Harmindar Gill / Dr. Saurabh Patel**
**100 Harborview Drive, Unit 404**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __unit owners__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Council of Unit Owners of the 100 Harborview Drive Condominium**                    Case number (if known)    **16-13049-JS**
Name

| | |
|---|---|
| 3.124 | Nonpriority creditor's name and mailing address |

**Dr. Harry Choi / Sun Choi**
**100 Harborview Drive, Unit 2107**
**Baltimore, MD 21230**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __unit owners__
Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.125 | Nonpriority creditor's name and mailing address |

**Dr. Hien Nguyen**
**100 Harborview Drive, Unit 403**
**Baltimore, MD 21230**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __unit owner__
Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.126 | Nonpriority creditor's name and mailing address |

**Dr. Ira Berman / Kathryn Berman**
**100 Harborview Drive, Unit 514**
**Baltimore, MD 21230**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __unit owners__
Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.127 | Nonpriority creditor's name and mailing address |

**Dr. J. Laurance Hill / Charlotte Hill**
**100 Harborview Drive, Penthouse 4B**
**Baltimore, MD 21230**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __unit owners__
Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.128 | Nonpriority creditor's name and mailing address |

**Dr. Janan Broadbent**
**100 Harborview Drive, Unit 703**
**Baltimore, MD 21230**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __unit owner__
Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.129 | Nonpriority creditor's name and mailing address |

**Dr. Khaled Kebaish / Floreana Kebaish**
**100 Harborview Drive, Penthouse 2D**
**Baltimore, MD 21230**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __unit owners__
Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.130 | Nonpriority creditor's name and mailing address |

**Dr. Monte Hetland / Steve Toporoff**
**100 Harborview Drive, Unit 2104**
**Baltimore, MD 21230**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __unit owners__
Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dr. Pedro Jose**
**100 Harborview Drive, Unit 2008**
**Baltimore, MD 21230**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  unit owner

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dr. Reuben Mezrich / Molli Mezrich**
**100 Harborview Drive**
**Unit 2204 and Penthouse 2A**
**Baltimore, MD 21230**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  unit owners

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dr. Richard Levin**
**100 Harborview Drive, Unit 1112**
**Baltimore, MD 21230**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  unit owner

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dr. Robert Martin**
**100 Harborview Drive, Unit 1314**
**Baltimore, MD 21230**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  unit owner

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dr. Samuel Alaish / Dr. Laura Fayad**
**100 Harborview Drive, Unit 1909**
**Baltimore, MD 21230**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  unit owners

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dr. Sharon Krumm**
**100 Harborview Drive, Unit 314**
**Baltimore, MD 21230**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  unit owner

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dr. William Phillips**
**100 Harborview Drive, Unit 306**
**Baltimore, MD 21230**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  unit owner

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Council of Unit Owners of the 100 Harborview Drive Condominium** |
| | Name |

Case number (if known) **16-13049-JS**

---

**3.138** **Nonpriority creditor's name and mailing address**

**DRD Pool Management**
**16 Stenersen Lane, Suite 4A**
**Hunt Valley, MD 21030**

Date(s) debt was incurred _

Last 4 digits of account number **1531**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$16,931.22**

---

**3.139** **Nonpriority creditor's name and mailing address**

**Edward Adkins / Cheryl Adkins**
**100 Harborview Drive, Unit 1503**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140** **Nonpriority creditor's name and mailing address**

**Eileen Carpenter**
**100 Harborview Drive, Unit 307**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **unit owner**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141** **Nonpriority creditor's name and mailing address**

**Eileen Cohen / Jeff Cohen**
**100 Harborview Drive, Unit 1108**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.142** **Nonpriority creditor's name and mailing address**

**Elijah Kelley / Ticola Spruill**
**100 Harborview Drive, Unit 405**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.143** **Nonpriority creditor's name and mailing address**

**Elizabeth A. Rudd / Alan N. Rudd**
**100 Harborview Drive, Unit 2304**
**Baltimore, MD 21230-5434**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.144** **Nonpriority creditor's name and mailing address**

**Elliott Stein / Marsha Stein**
**100 Harborview Drive, Unit 1502**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**Energy Management Systems**
P. O. Box 646
Exton, PA 19341

Date(s) debt was incurred _

Last 4 digits of account number  **5557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.48 |
|---|---|---|---|

**Equity Communications**
3 Talbott Avenue
Timonium, MD 21093

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eric Levin / Laurie Mazzotta**
100 Harborview Drive, Unit 1007
Baltimore, MD 21230

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,785.12 |
|---|---|---|---|

**Extra Clean Inc.**
11777 Parklanwn Drive, Suite 100
Rockville, MD 20852

Date(s) debt was incurred _

Last 4 digits of account number  **9360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.35 |
|---|---|---|---|

**Federal Express Corp.**
P. O. Box 371461
Pittsburgh, PA 15250-7461

Date(s) debt was incurred _

Last 4 digits of account number  **8982**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $293.32 |
|---|---|---|---|

**Ferguson Enterprises Inc. #1300**
P. O. Box 417592
Boston, MA 02241-7592

Date(s) debt was incurred _

Last 4 digits of account number  **4658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fidelity LLC / Dr. David Paige**
4020 Old Court Road
Pikesville, MD 21208

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **owners of Units 1003 and 1004**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127.37 |
|---|---|---|---|

**Focus Telecommunications, Inc.**
P. O. Box 822640
Philadelphia, PA 19182-2640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2016**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Francis Callahan, Janet Callahan, Jeanne Neifert and Scott Neifert**
100 Harborview Drive, Unit 2108
Baltimore, MD 21230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frank Costanzi / Jane Costanzi**
100 Harborview Drive, Units 1010 & 1213
Baltimore, MD 21230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frank Suraci / Rachel Suraci**
100 Harborview Drive, Unit 803
Baltimore, MD 21230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frank Traglia / Loretta Traglia**
100 Harborview Drive, Unit 701
Baltimore, MD 21230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,715.53 |
|---|---|---|---|

**Furniture Solutions Group, Inc.**
619 Severn Avenue, Suite 302
Annapolis, MD 21403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1303**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,131.43 |
|---|---|---|---|

**Furniture Solutions Group, Inc.**
619 Severn Avenue, Suite 302
Annapolis, MD 21403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/20/16**

Last 4 digits of account number  **1305**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $391.69 |
|---|---|---|---|

Geller Lighting Supply Co., Inc.
3720 Commerce Drive
Baltimore, MD 21227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  trade debt

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Gernot Hucek / Mary Hucek
100 Harborview Drive, Unit 505
Baltimore, MD 21230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  unit owners

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,370.97 |
|---|---|---|---|

Grainger
Dept. 811330190
Palatine, IL 60038-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  4816

Basis for the claim:  trade debt

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Gretchen McKenzie / Thomas McKenzie
100 Harborview Drive, Unit 1201
Baltimore, MD 21230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  unit owners

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Guy Flynn / Nupur Flynn
100 Harborview Drive
Unit 2101, Penthouse 3A & 3B
Baltimore, MD 21230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  unit owners

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Harborview Limited Partnership
100 Harborview Drive
Baltimore, MD 21230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  garage lease

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Harborview Marina and Yacht Club
Community Association, Inc.
Attention: Frank C. Wise
500 Harborview Drive, Third Floor
Baltimore, MD 21230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  HOA

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,176.54**

Havtach Parts Division
P. O. Box 37031
Baltimore, MD 21297

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.47**

HD Supply Facilities Maintenance, Ltd.
P. O. Box 509058
San Diego, CA 92150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  9685

Basis for the claim:  trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Heiner J. Sander
100 Harborview Drive, Unit 408
Baltimore, MD 21230-5436

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  unit owner

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Henry Miller / Darlene Miller
77 East Missouri Avenue
Phoenix, AZ 85012

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  owners of Unit 1603

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$580.84**

Home Depot Credit
P. O. Box 9055
Des Moines, IA 50368-9055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  3854

Basis for the claim:  credit card purchases

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Homeretta Ayala / Boz Ayala
100 Harborview Drive, Unit 208
Baltimore, MD 21230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  unit owners

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Howard L. Castleman / Marcia Castleman
715 SE 10th Street
Delray Beach, FL 33483

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  owner of Penthouse 1B

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| | | |
|---|---|---|
| Debtor | **Council of Unit Owners of the 100 Harborview Drive Condominium** | Case number (if known) **16-13049-JS** |
| | Name | |

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Howard Wilner / Karen Wilner**
**100 Harborview Drive, Unit 507**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unit owners**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**HV 2009, LLC**
**100 Harborview Drive, Unit 2009**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unit owner**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**HV 814, LLC**
**100 Harborview Drive, Unit 814**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unit owner**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**HV Unit A, LLC**
**100 Harborview Drive**
**Units 202, 302, 502, 1202, 1709, 1801**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unit owner**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ilene O'Connell / Paul O'Connell**
**100 Harborview Drive, Unit 1304**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unit owners**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$211.93**

**In The Swim**
**7436 Solution Center**
**Chicago, IL 60677-7004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number  **8558**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,589.52**

**Inter Sign National**
**1123 East Baltimore Street**
**Baltimore, MD 21203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number  **0075**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Council of Unit Owners of the 100 Harborview Drive Condominium**                          Case number (if known)   **16-13049-JS**

Name

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| 3.180 | |

**Nonpriority creditor's name and mailing address**

**Jacob Davis / Mary Davis**
**100 Harborview Drive, Unit 1403**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  unit owners

Is the claim subject to offset? ■ No ☐ Yes

---

3.181

**Nonpriority creditor's name and mailing address**

**James Ruland / Josephine Vesey**
**100 Harborview Drive, Unit 1907**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  unit owners

Is the claim subject to offset? ■ No ☐ Yes

---

3.182

**Nonpriority creditor's name and mailing address**

**James Scanlon**
**100 Harborview Drive, Unit 412**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  unit owner

Is the claim subject to offset? ■ No ☐ Yes

---

3.183

**Nonpriority creditor's name and mailing address**

**James Shapiro**
**100 Harborview Drive, Unit 810**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  unit owner

Is the claim subject to offset? ■ No ☐ Yes

---

3.184

**Nonpriority creditor's name and mailing address**

**James W. Ancel, Sr.**
**408 Bosley Avenue**
**Towson, MD 21204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  owner of Penthouse 4C

Is the claim subject to offset? ■ No ☐ Yes

---

3.185

**Nonpriority creditor's name and mailing address**

**Jan Cookson**
**3906 Foxhill Drive**
**Ellicott City, MD 21042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  owner of Units 808, 1602 and 2307

Is the claim subject to offset? ■ No ☐ Yes

---

3.186

**Nonpriority creditor's name and mailing address**

**Jan Schnaper / Anne Schnaper**
**P. O. Box 791**
**Sparks, MD 21152**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  owners of Unit 2109

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Janet Salkin / Jay Salkin
100 Harborview Drive, Unit 2202
Baltimore, MD 21230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  unit owners 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Janis Herschtowitz / Wallace Vitez
100 Harborview Drive, Unit 1803
Baltimore, MD 21230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  unit owners 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Jason Hollins / Diana Mark
100 Harborview Drive, Unit 1604
Baltimore, MD 21230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  unit owners 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Jeff Cohen / Eileen Cohen
100 Harborview Drive, Unit 1002
Baltimore, MD 21230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  unit owners 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Jeffrey Segall
100 Harborview Drive, Unit 402
Baltimore, MD 21230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  unit owner 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Jim Dickman / Marilyn Dickman
100 Harborview Drive, Unit 2102
Baltimore, MD 21230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  unit owners 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Jo Ann Clay / Milton Hillery
100 Harborview Drive, Unit 410
Baltimore, MD 21230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  unit owners 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

---

**3.194** | Nonpriority creditor's name and mailing address

**John Bevier / Colleen Calimer**
**100 Harborview Drive, Unit 1013**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

�and Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unit owners__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.195** | Nonpriority creditor's name and mailing address

**John Cochran / Suzanne Cochran**
**100 Harborview Drive, Penthouse 3C**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unit owners__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.196** | Nonpriority creditor's name and mailing address

**John Napolitano**
**100 Harborview Drive, Units 1209 & 1409**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unit owner__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.197** | Nonpriority creditor's name and mailing address

**John Wharton / Joanne Wharton**
**100 Harborview Drive, Unit 1401**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unit owners__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.198** | Nonpriority creditor's name and mailing address

**Johnny Hahn**
**100 Harborview Drive, Unit 712**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unit owner__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.199** | Nonpriority creditor's name and mailing address

**Josie Johnson LLC**
**100 Harborview Drive, Unit 611**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __unit owner__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.200** | Nonpriority creditor's name and mailing address

**Joyce Lee**
**100 Harborview Drive, Unit 2303**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unit owner__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

---

**3.201**    **Nonpriority creditor's name and mailing address**      **$930.88**

**Joycelyn Peoples**
**86 Landmark Drive**
**Stafford, VA 22554**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   employee reimbursements

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.202**    **Nonpriority creditor's name and mailing address**      **Unknown**

**Judith Allen**
**100 Harborview Drive, Unit 501**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   unit owner

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203**    **Nonpriority creditor's name and mailing address**      **Unknown**

**Judith Campbell**
**100 Harborview Drive, Unit 1402**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   unit owner

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204**    **Nonpriority creditor's name and mailing address**      **Unknown**

**Julie Ann Coyne / Kendall Coyne**
**100 Harborview Drive, Unit 603**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   unit owners

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205**    **Nonpriority creditor's name and mailing address**      **Unknown**

**Jung Mah**
**100 Harborview Drive, Unit 705**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   unit owner

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206**    **Nonpriority creditor's name and mailing address**      **$1,971.00**

**K & C Grounds Maintenance Inc.**
**1818 Potspring Road, Suite 250**
**Lutherville, MD 21093**

Date(s) debt was incurred _

Last 4 digits of account number   HVCONDO

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   trade debt

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.207**    **Nonpriority creditor's name and mailing address**      **Unknown**

**Karen Huddles**
**100 Harborview Drive, Unit 709**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   unit owner

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     

| | |
|---|---|
| Debtor | **Council of Unit Owners of the 100 Harborview Drive Condominium** |
| | Name |

Case number (if known)   **16-13049-JS**

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karl Malloy**
**100 Harborview Drive, Unit 508**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __unit owner__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth Bavaria / Richard Meade**
**and Pema Thinley**
**100 Harborview Drive, Units 607 and 713**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __unit owners__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth Berberich, Jacob Lefkowitz and**
**Rhode Island KJ Trust**
**100 Harborview Drive, Unit 906**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __unit owners__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Keri Jacobs**
**100 Harborview Drive, Unit 609**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __unit owner__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevin Lee / Stella Lee**
**100 Harborview Drive, Unit 1308**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __unit owners__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Kirby Artistic Designs**
**3601 West Saratoga Street**
**Baltimore, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __trade debt__

Last 4 digits of account number  __100__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kirsten Cardegna**
**100 Harborview Drive, Unit 1009**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __unit owner__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kunjithapatham Chockkalingam**
**and Vasanthakumari Chockkalingam**
**100 Harborview Drive, Unit 212**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __unit owners__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,475.00 |
|---|---|---|---|

**L&L Rail & Fence, Inc.**
**40 New Plant Court, Suite B**
**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leopoldo Marquez**
**100 Harborview Drive, Unit 506**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __unit owner__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lilly Abbaei / Mike Abbaei**
**100 Harborview Drive, Units 1610 & 1710**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __unit owners__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linda Lo Cascio**
**100 Harborview Drive, Unit 1102**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __unit owner__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.21 |
|---|---|---|---|

**Logan Ace Hardware**
**1734 14th Street, NW**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  __0590__

Basis for the claim:  __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Loganathan Chellaperumal and**
**Meenakshi Rajagopalan**
**100 Harborview Drive, Unit 1014**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __unit owners__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lorraine Koury / Daryl Varney**
**100 Harborview Drive, Unit 510**
**Baltimore, MD 21230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  <u>unit owners</u>

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Louis Elias**
**100 Harborview Drive, Unit 503**
**Baltimore, MD 21230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  <u>unit owner</u>

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Louis Elias / Samia Elias**
**100 Harborview Drive, Unit 801**
**Baltimore, MD 21230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  <u>unit owners</u>

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mageline Kelley / Michael Kelley**
**100 Harborview Drive, Unit 1408**
**Baltimore, MD 21230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  <u>unit owners</u>

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.35 |
|---|---|---|---|

**MailFinance**
**25881 Network Place**
**Chicago, IL 60673-1258**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  <u>trade debt</u>

Last 4 digits of account number  <u>0371</u>

Is the claim subject to offset? ☐ No ☐ Yes

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mainak Mazumdar / Sati Mazumdar**
**100 Harborview Drive, Unit 401**
**Baltimore, MD 21230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  <u>unit owners</u>

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mariacorzan Fernando-Florentin and**
**Angel Florentin**
**100 Harborview Drive, Unit 1113**
**Baltimore, MD 21230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  <u>unit owners</u>

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Martha Marquesen**
**P. O. Box 23**
**Shepherdstown, WV 25443**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __owner of Unit 1105__

Is the claim subject to offset? ■ No ☐ Yes

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Martin Bradley / Tina Wang**
**100 Harborview Drive, Unit 513**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __unit owners__

Is the claim subject to offset? ■ No ☐ Yes

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mary Branagan / Steve Branagan**
**100 Harborview Drive, Unit 802**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __unit owners__

Is the claim subject to offset? ■ No ☐ Yes

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mary Devlin**
**100 Harborview Drive, Unit 311**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __unit owner__

Is the claim subject to offset? ■ No ☐ Yes

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.40 |
|---|---|---|---|

**Maryland Reprographics, Inc.**
**2217 North Charles Street**
**Baltimore, MD 21218**

Date(s) debt was incurred _

Last 4 digits of account number __3171__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maury Levin**
**100 Harborview Drive, Unit 1404**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __unit owner__

Is the claim subject to offset? ■ No ☐ Yes

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Melanie Lawrence**
**100 Harborview Drive, Unit 2209**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __unit owner__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|--------|----------------------------------------------------------------|------------------------|-------------|
| | Name | | |

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Melvin Lessing**
**100 Harborview Drive, Unit 904**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  unit owner

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Melvin, Thea and Alexis Mancini**
**100 Harborview Drive, Unit 312**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  unit owners

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Mert Onal**
**100 Harborview Drive, Unit 909**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  unit owner

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Mert Onal / Tess Onal**
**100 Harborview Drive, Unit 601**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  unit owners

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Michael Scheffres / Susan Scheffres**
**100 Harborview Drive, Units 2309 & 2310**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  unit owners

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Michael Snyder / Susan Snyder**
**100 Harborview Drive, Unit 1708**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  unit owners

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Michelle Harp**
**100 Harborview Drive, Unit 512**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  unit owner

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

**3.243** Nonpriority creditor's name and mailing address
Mona Electric
P. O. Box 79280
Baltimore, MD 21279-0280

Date(s) debt was incurred _
Last 4 digits of account number  1756

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt

Is the claim subject to offset? ☑ No ☐ Yes

$1,358.11

**3.244** Nonpriority creditor's name and mailing address
Nancy Civin / Dr. Curt Civin
100 Harborview Drive, Penthouse 1D
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  unit owners

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

**3.245** Nonpriority creditor's name and mailing address
Nancy Rosenberg
100 Harborview Drive, Unit 1609
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  unit owner

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

**3.246** Nonpriority creditor's name and mailing address
Nationstar Mortgage, LLC
8950 Cypress Walters Boulevard
Coppell, TX 75019

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  owner of Unit 1311

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

**3.247** Nonpriority creditor's name and mailing address
Neerja Razdan / Kristin Messmer
100 Harborview Drive, Unit 714
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  unit owners

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

**3.248** Nonpriority creditor's name and mailing address
Neshat Tebyanian
100 Harborview Drive, Unit 308
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  unit owner

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

**3.249** Nonpriority creditor's name and mailing address
Noyes Air Conditioning
16761 Oakmont Avenue
Gaithersburg, MD 20877-4111

Date(s) debt was incurred _
Last 4 digits of account number  0192

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt

Is the claim subject to offset? ☑ No ☐ Yes

$1,340.14

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Osborne Payne / Famebridge Payne**
**100 Harborview Drive, Unit 411**
**Baltimore, MD 21230**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __unit owners__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,060.00 |
|---|---|---|---|

**Palmer Brothers**
**c/o Monument Bank**
**Attention: Lockbox Processing**
**8602 Colesville Road**
**Silver Spring, MD 20910**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt__

Last 4 digits of account number __BARKA__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul Clark / Rebecca Delorme-Clark**
**100 Harborview Drive, Penthouse 4A**
**Baltimore, MD 21230**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __unit owners__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**PC Welding**
**387 Gross Road**
**Fawn Grove, PA 17321**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Peter Spooner**
**100 Harborview Drive, Unit 2002**
**Baltimore, MD 21230**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __unit owner__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Phillip Anapolsky / Elizabeth Anapolsky**
**100 Harborview Drive, Unit 1908**
**Baltimore, MD 21230**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __unit owners__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Piera Family Partnership**
**100 Harborview Drive, Unit 1910**
**Baltimore, MD 21230**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __unit owner__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

**3.257**

Nonpriority creditor's name and mailing address
**Profiles, Inc.**
**3000 Chestnut Avenue, Suite 201**
**Baltimore, MD 21211**

Date(s) debt was incurred _

Last 4 digits of account number  **4267**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$27,368.20**

---

**3.258**

Nonpriority creditor's name and mailing address
**Punita Tripathi**
**100 Harborview Drive, Unit 2103**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owner**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.259**

Nonpriority creditor's name and mailing address
**Quench USA, Inc.**
**P. O. Box 781393**
**Philadelphia, PA 19178-1393**

Date(s) debt was incurred _

Last 4 digits of account number  **8747**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$222.60**

---

**3.260**

Nonpriority creditor's name and mailing address
**Rashad Kronfli / Tarek Kronfli**
**100 Harborview Drive, Unit 1707**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.261**

Nonpriority creditor's name and mailing address
**Rashimi Pathak / Michael Wolsh**
**100 Harborview Drive, Unit 613**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.262**

Nonpriority creditor's name and mailing address
**Ravinda Shah/Neelesh Shah/Manjula Shah**
**100 Harborview Drive, Unit 1504**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.263**

Nonpriority creditor's name and mailing address
**Ray Kim / Chung Kim**
**100 Harborview Drive, Unit 1307**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor | **Council of Unit Owners of the 100 Harborview Drive Condominium** |
| | Name |

Case number (if known)   **16-13049-JS**

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,735.28** |
|---|---|---|---|

**Rees Broome P. C.**
1900 Gallows Road, Suite 700
Vienna, VA 22182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **legal services**

Last 4 digits of account number  **8029**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,440.21** |
|---|---|---|---|

**Response TECH, Inc.**
11821 Parklawn Drive, Suite 304
Rockville, MD 20852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number  **864**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rhonda I. Farrell**
100 Harborview Drive, Unit 509
Baltimore, MD 21230

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unit owner**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51.87** |
|---|---|---|---|

**Rhonda L. Farrell**
100 Harborview Drive, Unit 509
Baltimore, MD 21230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **reimbursement of expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard Ericksen / Susan Ericksen**
100 Harborview Drive, Unit 604
Baltimore, MD 21230

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unit owners**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard Morton / Nora Morton**
100 Harborview Drive, Unit 2308
Baltimore, MD 21230

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unit owners**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard Naing**
100 Harborview Drive, Unit 409
Baltimore, MD 21230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unit owner**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

**3.271** Nonpriority creditor's name and mailing address
Richard Swirnow / Rae Swirnow
100 Harborview Drive, Penthouse 1A
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __unit owners__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.272** Nonpriority creditor's name and mailing address
Robert Goldberg / Terri Goldberg
100 Harborview Drive, Unit 2004
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __unit owners__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.273** Nonpriority creditor's name and mailing address
Robert McMahan
100 Harborview Drive, Unit 704
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __unit owner__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.274** Nonpriority creditor's name and mailing address
Robert Miller / Carolyn Miller
100 Harborview Drive, Unit 1507
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __unit owners__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.275** Nonpriority creditor's name and mailing address
Robert Southwick / Clair Zibergeld
100 Harborview Drive, Unit 504
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __unit owners__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.276** Nonpriority creditor's name and mailing address
Roger Dankert / Ellen Dankert
100 Harborview Drive, Penthouse 3D
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __unit owners__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.277** Nonpriority creditor's name and mailing address
Rohit Patel / Sonal Patel
100 Harborview Drive, Unit 1510
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __unit owners__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

---

**3.278** Nonpriority creditor's name and mailing address

**Rommel Cranston**
**601 Nursery Road**
**Linthicum, MD 21090**

Date(s) debt was incurred  _

Last 4 digits of account number  **982**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

$46,680.51

---

**3.279** Nonpriority creditor's name and mailing address

**Ronald B. Dickey / Linda M. Lampkin**
**100 Harborview Drive, Unit 910**
**Baltimore, MD 21230**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.280** Nonpriority creditor's name and mailing address

**Rosalie Glorioso / Donna Senft**
**100 Harborview Drive, Unit 1807**
**Baltimore, MD 21230**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.281** Nonpriority creditor's name and mailing address

**Rosenberg Pelino LLC**
**6031 University Boulevard, Suite 300**
**Ellicott City, MD 21043**

Date(s) debt was incurred  _

Last 4 digits of account number  **2116**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$550.00

---

**3.282** Nonpriority creditor's name and mailing address

**Salil Choudhary / Meenu Choudhary**
**100 Harborview Drive, Unit 211**
**Baltimore, MD 21230**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.283** Nonpriority creditor's name and mailing address

**Scent Air Technologies Inc.**
**P. O. Box 978754**
**Dallas, TX 75397-8754**

Date(s) debt was incurred  _

Last 4 digits of account number  **0431**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$283.02

---

**3.284** Nonpriority creditor's name and mailing address

**Scheryl Glanton**
**100 Harborview Drive, Unit 608**
**Baltimore, MD 21230**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owner**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| | |
|---|---|
| Debtor | **Council of Unit Owners of the 100 Harborview Drive Condominium** |
| | Name |

Case number (if known)  **16-13049-JS**

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SDRA Investments LLC, J. Sidney Smith and Carol A. Smith**
**100 Harborview Drive, Unit 1608**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>unit owners</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SG Investor, LLC**
**100 Harborview Drive, Unit 1103**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>unit owner</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shahrizad Maleki Lozier**
**100 Harborview Drive, Unit 903**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>unit owner</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$89.51** |
|---|---|---|---|

**Shannon Wingfield**
**100 Harborview Drive, Management Office**
**Baltimore, MD 21230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  <u>0216</u>

Basis for the claim:  <u>employee reimbursements</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sharadha Avula**
**100 Harborview Drive, Unit 1104**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>unit owner</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sharon Austin**
**100 Harborview Drive, Unit 2203**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>unit owner</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sharon Turban**
**1000 Fell Street, Unit 518**
**Baltimore, MD 21231**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>owner of Units 1212 and 1808</u>

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Council of Unit Owners of the 100 Harborview Drive Condominium**
_____
Name

Case number (if known)   **16-13049-JS**

| | | |
|---|---|---|
| 3.292 | Nonpriority creditor's name and mailing address | **Unknown** |

**Shelley Marston Clark**
**100 Harborview Drive, Unit 204**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owner**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.293 | Nonpriority creditor's name and mailing address | **Unknown** |

**Sheppard O'Neal**
**100 Harborview Drive, Unit 708**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owner**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.294 | Nonpriority creditor's name and mailing address | **$512.00** |

**Sherwin-Williams Company**
**11 South Central Avenue**
**Baltimore, MD 21202**

Date(s) debt was incurred _

Last 4 digits of account number  **7481**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.295 | Nonpriority creditor's name and mailing address | **Unknown** |

**Shuo-Teh Chang / Sithu Win**
**100 Harborview Drive, Units 203 and 209**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.296 | Nonpriority creditor's name and mailing address | **$17,728.52** |

**SI Restoration, Inc.**
**2312 Eskow Avenue**
**Halethorpe, MD 21227**

Date(s) debt was incurred _

Last 4 digits of account number  **5855**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.297 | Nonpriority creditor's name and mailing address | **$888.76** |

**Simplex Grinnell LP**
**Department CH 10320**
**Palatine, IL 60055-0320**

Date(s) debt was incurred _

Last 4 digits of account number  **1040**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.298 | Nonpriority creditor's name and mailing address | **$5,256.92** |

**Simpson of Maryland, Inc.**
**7476 Candlewood Road**
**Hanover, MD 21076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

**3.299** | **Nonpriority creditor's name and mailing address**

**Songjie Liang / Rou Shi**
100 Harborview Drive, Unit 1008
Baltimore, MD 21230

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.300** | **Nonpriority creditor's name and mailing address**

**Sook Ja Oh / Dr. Sun Woong Oh**
100 Harborview Drive, Unit 2001
Baltimore, MD 21230

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **unit owners**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.301** | **Nonpriority creditor's name and mailing address**

**Sook Kay**
100 Harborview Drive, Unit 303
Baltimore, MD 21230

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **unit owner**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.302** | **Nonpriority creditor's name and mailing address**

**Sophia Lo**
45 Park Avenue, Unit 1901
New York, NY 10016

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **owner of Unit 911**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.303** | **Nonpriority creditor's name and mailing address**

**South Data, Inc.**
201 Technology Lane
Mount Airy, NC 27030-6684

Date(s) debt was incurred _

Last 4 digits of account number **1416**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$30.93**

---

**3.304** | **Nonpriority creditor's name and mailing address**

**Staples Advantage**
P. O. Box 415256
Boston, MA 02241-5256

Date(s) debt was incurred _

Last 4 digits of account number **5069**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,054.85**

---

**3.305** | **Nonpriority creditor's name and mailing address**

**Stephanie Chan**
100 Harborview Drive, Unit 511
Baltimore, MD 21230

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **unit owner**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | | Case number (if known) | 16-13049-JS |
|---|---|---|---|---|
| | Name | | | |

---

**3.306** | **Nonpriority creditor's name and mailing address**
Sterling Backcheck Infosystems
P. O. Box 36482
Newark, NJ 07193-6482

Date(s) debt was incurred _

Last 4 digits of account number **0222**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$176.00**

---

**3.307** | **Nonpriority creditor's name and mailing address**
Structural Restoration Services Inc.
259 West Ore Street
Loganville, PA 17342

Date(s) debt was incurred _

Last 4 digits of account number **0216**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,315.00**

---

**3.308** | **Nonpriority creditor's name and mailing address**
Sunbelt Rentals, Inc.
P. O. Box 409211
Atlanta, GA 30384-9211

Date(s) debt was incurred _

Last 4 digits of account number **7001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$55.66**

---

**3.309** | **Nonpriority creditor's name and mailing address**
Superior Supply Ltd.
4001 Washington Boulevard
Baltimore, MD 21227

Date(s) debt was incurred _

Last 4 digits of account number **1204**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$101.50**

---

**3.310** | **Nonpriority creditor's name and mailing address**
Supreme Air
4401 Eastern Avenue
Building 49, Suite B
Baltimore, MD 21224

Date(s) debt was incurred _

Last 4 digits of account number **6023**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$198.00**

---

**3.311** | **Nonpriority creditor's name and mailing address**
Susan Colandrea
100 Harborview Drive, Unit 1211
Baltimore, MD 21230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owner**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.312** | **Nonpriority creditor's name and mailing address**
The Sherwin-Williams Co.
909 Fort Avenue
Baltimore, MD 21230

Date(s) debt was incurred _

Last 4 digits of account number **4608**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$741.26**

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

---

**3.313** | Nonpriority creditor's name and mailing address

Theresa Hynes
100 Harborview Drive, Unit 1011
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __unit owner__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** | Nonpriority creditor's name and mailing address

Thyssenkrupp Elevator Corp.
P. O. Box 933004
Atlanta, GA 31193-3004

Date(s) debt was incurred _
Last 4 digits of account number __0372__

As of the petition filing date, the claim is: *Check all that apply.*                    **$14,134.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | Nonpriority creditor's name and mailing address

TSC Warehouse LLC
100 Harborview Drive, Unit 1312
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __unit owner__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** | Nonpriority creditor's name and mailing address

UniFirst Corporation
8820 Yellow Brick Road
Baltimore, MD 21237

Date(s) debt was incurred _
Last 4 digits of account number __1148__

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,045.47**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address

UPS
P. O. Box 7247-0244
Philadelphia, PA 19170-0001

Date(s) debt was incurred _
Last 4 digits of account number __Corp__

As of the petition filing date, the claim is: *Check all that apply.*                    **$36.56**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address

Veena Choubey / Christopher Smith
100 Harborview Drive, Unit 313
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __unit owners__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | Nonpriority creditor's name and mailing address

Venus Jackson
100 Harborview Drive, Unit 304
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __unit owner__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,245.57 |
|---|---|---|---|

**3.320** Nonpriority creditor's name and mailing address
**Verizon**
P. O. Box 4830
Trenton, NJ 08650-4830

Date(s) debt was incurred _
Last 4 digits of account number **794Y**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$1,245.57

---

**3.321** Nonpriority creditor's name and mailing address
**Victor Impallaria**
100 Harborview Drive, Management Office
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **employee reimbursements**

Is the claim subject to offset? ■ No  ☐ Yes

$763.30

---

**3.322** Nonpriority creditor's name and mailing address
**Vincent Delorenzo / Michael Delorenzo**
100 Harborview Drive, Unit 1006
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.323** Nonpriority creditor's name and mailing address
**Vincent Scalese / DJ Maynor**
100 Harborview Drive, Unit 1509
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owners**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.324** Nonpriority creditor's name and mailing address
**Vinita Gupta / Brij Sharma**
2553 Escada Court
Naples, FL 34109

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **owners of Units 1902, 1902 and 1904**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.325** Nonpriority creditor's name and mailing address
**VSC Fire & Security**
10343-B Kings Acres Road
Ashland, VA 23005

Date(s) debt was incurred _
Last 4 digits of account number **0284**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$4,896.00

---

**3.326** Nonpriority creditor's name and mailing address
**Wanda Delorme**
100 Harborview Drive, Unit 702
Baltimore, MD 21230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **unit owner**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Council of Unit Owners of the 100 Harborview Drive Condominium | Case number (if known) | 16-13049-JS |
|---|---|---|---|
| | Name | | |

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,090.54 |
|---|---|---|---|

**Whiteford, Taylor & Preston LLP**
**7 Saint Paul Street, 15th Floor**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  legal services

Last 4 digits of account number  0113

Is the claim subject to offset? ☐ No ☐ Yes

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.16 |
|---|---|---|---|

**Workplace Essentials, Inc.**
**13 Linnell Circle**
**Billerica, MA 01821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  trade debt

Last 4 digits of account number  BAH1

Is the claim subject to offset? ☐ No ☐ Yes

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Yooson Kim / Erik Magness**
**100 Harborview Drive, Unit 1001**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  unit owners

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Yvonne Lauw / William Tse**
**100 Harborview Drive, Unit 1208**
**Baltimore, MD 21230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  unit owners

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Comcast Cable Communications, LLC**<br>**Attention: Law Department-Bankruptcy**<br>**One Comcast Center**<br>**Philadelphia, PA 19103-2838** | Line  3.89<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **FedEx Bankruptcy Department**<br>**3965 Airways Boulevard**<br>**Module G 3rd Floor**<br>**Memphis, TN 38116-5017** | Line  3.149<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Kimberly A. Curry, Esquire**<br>**Assistant General Counsel, BGE**<br>**2 Center Plaza**<br>**110 West Fayette Street, 15th Floor**<br>**Baltimore, MD 21201** | Line  3.44<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Council of Unit Owners of the 100 Harborview Drive Condominium** | Case number (if known) | **16-13049-JS** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | **Verizon Bankruptcy Administration**<br>**500 Technology Drive, Suite 550**<br>**Weldon Spring, MO 63304** | Line  **3.320**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 993,609.08 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 993,609.08 |

Fill in this information to identify the case:

Debtor name **Council of Unit Owners of the 100 Harborview Drive Condominium**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) **16-13049-JS**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **pest control** State the term remaining **expires 1/1/16, term 1 year** List the contract number of any government contract | **Accurate Termite & Pest Control, Inc. 8000 Philadelphia Road Rosedale, MD 21237** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **underground storage tank annual inspection** State the term remaining List the contract number of any government contract | **ACE Environmental Services, LLC 3512 Fairfield Road Baltimore, MD 21226** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **copier lease for management office** State the term remaining **expires 11/10/19, term 5 years** List the contract number of any government contract | **Advance Business Systems P. O. Box 759319 Baltimore, MD 21275-9319** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **water treatment for condenser water** State the term remaining **expires 7/27/16, term 1 year** List the contract number of any government contract | **ARC Water Treatment Company of Maryland P. O. Box 248 Annapolis Junction, MD 20701-0248** |

| Debtor 1 | Council of Unit Owners of the 100 Harborview Drive Condominium | | Case number *(if known)* | 16-13049-JS |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest
**(Legionella) water treatment for condenser water**

State the term remaining

List the contract number of any government contract

**ARC Water Treatment Company of Maryland**
**P. O. Box 248**
**Annapolis Junction, MD 20701-0248**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest
**Management Contract dated December 4, 2012**

State the term remaining **expires 6/30/16, term 1 year**

List the contract number of any government contract

**Barkan Management, LLC**
**8229 Boone Boulevard, Suite 760**
**Tysons Corner, VA 22182**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest
**online building management/maintenance system's informational repository**

State the term remaining **expired 12/31/15, term 1 year**

List the contract number of any government contract

**BuildingLink.Com, LLC**
**85 Fifth Avenue, 3rd Floor**
**New York, NY 10003**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest
**construction contracts**

State the term remaining

List the contract number of any government contract

**C.A. Lindman, Inc.**
**10401 Guilford Road**
**Jessup, MD 20794**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest
**IT/computer repair**

State the term remaining

List the contract number of any government contract

**Charm City Networks, LLC**
**1414 Key Highway**
**Baltimore, MD 21230**

**2.10.** State what the contract or lease is for and the nature of the debtor's interest
**first aid**

State the term remaining

**Cintas Corporation**
**P. O. Box 740855**
**Cincinnati, OH 45274-0855**

| Debtor 1 | **Council of Unit Owners of the 100 Harborview Drive Condominium** | | Case number *(if known)* | **16-13049-JS** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

## ■ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | List the contract number of any government contract | _____ |

| 2.1 1. | State what the contract or lease is for and the nature of the debtor's interest | **engineering consulting (as needed)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Coleman Consulting**<br>**205 South Tyrone Road**<br>**Baltimore, MD 21212** |

| 2.1 2. | State what the contract or lease is for and the nature of the debtor's interest | **internet and cable television in common spaces and management office** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Comcast**<br>**P. O. Box 3005**<br>**Southeastern, PA 19398-3005** |

| 2.1 3. | State what the contract or lease is for and the nature of the debtor's interest | **construction contracts** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Constantine Commercial Construction Inc.**<br>**Attention: Diana Parsons, CFO**<br>**9494 Deereco Road**<br>**Timonium, MD 21093** |

| 2.1 4. | State what the contract or lease is for and the nature of the debtor's interest | **third-party supplier of electricity** |
|---|---|---|
| | State the term remaining | **expires 12/13/17** |
| | List the contract number of any government contract | **Constellation New Energy, Inc.**<br>**14217 Collections Center Drive**<br>**Chicago, IL 60693** |

| 2.1 5. | State what the contract or lease is for and the nature of the debtor's interest | **common area janitorial service** |
|---|---|---|
| | State the term remaining | **expires 7/30/16 with 1 year renewal** |
| | List the contract number of any government contract | **Corporate Cleaning Solutions**<br>**P. O. Box 966**<br>**Clinton, MD 20735** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Council of Unit Owners of the 100 Harborview Drive Condominium | | | Case number *(if known)* | 16-13049-JS |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1 6. | State what the contract or lease is for and the nature of the debtor's interest | **third-party supplier of natural gas** | |
|---|---|---|---|
| | State the term remaining | **expires 5/31/18** | **Direct Energy Business** **P.O. Box 11836** **Newark, NJ 07101-8135** |
| | List the contract number of any government contract | | |

| 2.1 7. | State what the contract or lease is for and the nature of the debtor's interest | **2016 capital reserve study** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **DMA** |

| 2.1 8. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | **2/3/17 termination** | **DRD Pool Management** **16 Stenersen Lane, Suite 4A** **Hunt Valley, MD 21030** |
| | List the contract number of any government contract | | |

| 2.1 9. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | **term 1 year** | **Energy Management Systems** **P. O. Box 646** **Exton, PA 19341** |
| | List the contract number of any government contract | | |

| 2.2 0. | State what the contract or lease is for and the nature of the debtor's interest | **garage lease** | |
|---|---|---|---|
| | State the term remaining | | **Harborview Limited Partnership** **100 Harborview Drive** **Baltimore, MD 21230** |
| | List the contract number of any government contract | | |

| 2.2 1. | State what the contract or lease is for and the nature of the debtor's interest | **flowers and landscaping** | |
|---|---|---|---|
| | State the term remaining | | **K & C Grounds Maintenance Inc.** **1818 Potspring Road, Suite 250** **Lutherville, MD 21093** |

| Debtor 1 | **Council of Unit Owners of the 100 Harborview Drive Condominium** | | | Case number *(if known)* | **16-13049-JS** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.2 2. | State what the contract or lease is for and the nature of the debtor's interest | **postage machine in management office** | |
|---|---|---|---|
| | State the term remaining | **expires 11/2/18, term 63 months** | **Neopost USA Inc.** |
| | List the contract number of any government contract | | **25880 Network Place Chicago, IL 60673-1258** |

| 2.2 3. | State what the contract or lease is for and the nature of the debtor's interest | **public relations firm** | |
|---|---|---|---|
| | State the term remaining | **terminated prepetition** | **Profiles, Inc.** |
| | List the contract number of any government contract | | **3000 Chestnut Avenue, Suite 201 Baltimore, MD 21211** |

| 2.2 4. | State what the contract or lease is for and the nature of the debtor's interest | **water cooler service** | |
|---|---|---|---|
| | State the term remaining | **month-to-month** | **Quench USA, Inc.** |
| | List the contract number of any government contract | | **P. O. Box 781393 Philadelphia, PA 19178-1393** |

| 2.2 5. | State what the contract or lease is for and the nature of the debtor's interest | **legal services** | |
|---|---|---|---|
| | State the term remaining | | **Rees Broome P. C.** |
| | List the contract number of any government contract | | **1900 Gallows Road, Suite 700 Vienna, VA 22182** |

| 2.2 6. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | **expires 11/1/16, term 3 years** | **Response TECH, Inc.** |
| | List the contract number of any government contract | | **11821 Parklawn Drive, Suite 304 Rockville, MD 20852** |

| Debtor 1 | Council of Unit Owners of the 100 Harborview Drive Condominium | | | Case number *(if known)* | 16-13049-JS |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2 7. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **expires 11/25/16** |
| | List the contract number of any government contract | |

**Scent Air Technologies Inc.
P. O. Box 978754
Dallas, TX 75397-8754**

| 2.2 8. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **expires 6/1/16, term 1 year** |
| | List the contract number of any government contract | |

**Simplex Grinnell LP
Department CH 10320
Palatine, IL 60055-0320**

| 2.2 9. | State what the contract or lease is for and the nature of the debtor's interest | **after hours cell phone service** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

**Sprint
6200 Sprint Parkway
Overland Park, KS 66251**

| 2.3 0. | State what the contract or lease is for and the nature of the debtor's interest | **elevator service, maintenance and repair** |
|---|---|---|
| | State the term remaining | **expires 3/9/20, term 5 years** |
| | List the contract number of any government contract | |

**Thyssenkrupp Elevator Corp.
P. O. Box 933004
Atlanta, GA 31193-3004**

| 2.3 1. | State what the contract or lease is for and the nature of the debtor's interest | **hand sanitizer, mat cleaning and maintenance uniforms** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

**UniFirst Corporation
8820 Yellow Brick Road
Baltimore, MD 21237**

| 2.3 2. | State what the contract or lease is for and the nature of the debtor's interest | **uniforms** |
|---|---|---|
| | State the term remaining | **expires 2/3/18, term 3 years** |

**UniFirst Corporation
8820 Yellow Brick Road
Baltimore, MD 21237**

| Debtor 1 | Council of Unit Owners of the 100 Harborview Drive Condominium | | | Case number *(if known)* | 16-13049-JS |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.3 3. | State what the contract or lease is for and the nature of the debtor's interest | **annual fire testing** | |
|---|---|---|---|
| | State the term remaining | | **VSC Fire & Security** |
| | List the contract number of any government contract | | **10343-B Kings Acres Road** |
| | | | **Ashland, VA 23005** |

| 2.3 4. | State what the contract or lease is for and the nature of the debtor's interest | **sanitary napkins and automatic flushers** | |
|---|---|---|---|
| | State the term remaining | | **Workplace Essentials, Inc.** |
| | List the contract number of any government contract | | **13 Linnell Circle** |
| | | | **Billerica, MA 01821** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name    **Council of Unit Owners of the 100 Harborview Drive Condominium**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    **16-13049-JS**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                    Column 2: **Creditor**

| | Name | Mailing Address | | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|---|
| 2.1 | | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | | |
| | | City | State | Zip Code | | | |
| 2.2 | | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | | |
| | | City | State | Zip Code | | | |
| 2.3 | | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | | |
| | | City | State | Zip Code | | | |
| 2.4 | | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | | |
| | | City | State | Zip Code | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy